| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**   Short Bark Industries, Inc.

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)   66-0655657

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| SBI PR Building 1<br>Parque Industrial Cienaga<br>Carr. 322 Km 0.4 Lot #7<br>Guanica, PR 00647 | 139 Grand Vista Drive<br>Vonore, TN 37885 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Guanica | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   http://www.shortbark.com/

**6. Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor   **Short Bark Industries, Inc.**                                    Case number (*if known*)
         Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__3399__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **EXO SBI, LLC**                                Relationship   **Affiliate**
District **District of Delaware**   When **7/10/17**   Case number, if known **17-11501**

Debtor  **Short Bark Industries, Inc.**                                                   Case number (*if known*)
    Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  .  *Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Short Bark Industries, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

■ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 10, 2017**
　　　　　　　MM / DD / YYYY

**X /s/ Phil Williams**　　　　　　　　　　　　　　　　**Phil Williams**
Signature of authorized representative of debtor　　Printed name

Title  **CEO and Chairman**

**18. Signature of attorney**

**X /s/ David M. Klauder**　　　　　　　　　　　　　　Date **July 10, 2017**
Signature of attorney for debtor　　　　　　　　　　　　　MM / DD / YYYY

**David M. Klauder**
Printed name

**Bielli & Klauder, LLC**
Firm name

**1204 N. King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **302-803-4600**　　Email address  **dklauder@bk-legal.com**

**DE - 5769, PA - 207309**
Bar number and State

Fill in this information to identify the case:
Debtor name: **Short Bark Industries, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AGMA Security Services<br>Estancias de Miramar<br>103 Calle Tenerife<br>Cabo Rojo, PR 00623 | Fax: 787-357-7923 | Services | | | | $27,420.52 |
| Atlantic Diving Supply, Inc.<br>621 Lynnhaven Pkwy.<br>Ste. 400<br>Virginia Beach, VA 23453 | Fax: 757-481-2039 | Trade | | | | $709,063.47 |
| Bornquen Container Group<br>PO Box 145170<br>Arecibo, PR 00614 | 787-898-5340 | Trade | | | | $17,432.89 |
| Carter Enterprises, LLC<br>4610 12th Ave.<br>Brooklyn, NY 11219 | 718-408-9430 | Trade | | | | $22,477.18 |
| Consolidated Waste Services<br>PO Box 366518<br>San Juan, PR 00936 | 888-711-4479 | Services | | | | $14,468.37 |
| Diversitex, Inc.<br>376 Hollywood Ave.<br>Ste. 203<br>Fairfield, NJ 07004 | Fax: 973-808-6261 | Trade | | | | $953,542.42 |
| FedEx Freight Dept. Ch.<br>PO Box 10306<br>Palatine, IL 60055-0306 | 901-439-6890 | Services | | | | $14,468.37 |

Debtor **Short Bark Industries, Inc.**   Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Global Enterprises Co., Ltd.**<br>Shia Bian No. 91, Zao Shang Ind. Wetang District, Dongcheng, D China 52312 | (86769) 22081980 | Trade | | | | $3,165,350.30 |
| **Hayne Surridge Company**<br>1901 Pine St.<br>Saint Louis, MO 63103 | 314-231-5637 | Trade | | | | $68,496.91 |
| **LSQ Funding Group, L.C.**<br>c/o Gary Soles, Esquire<br>Lowndes, Drosdick, Doster, Kantor & Reed<br>215 N. Eola Dr.<br>Orlando, FL 32801 | Gary Soles, Esquire<br><br>407-843-4600 | Loan | Contingent Unliquidated Disputed | | | $3,376,177.37 |
| **Millken & Company**<br>PO Box 1926<br>Spartanburg, SC 29304 | 864-503-2100 | Trade | | | | $451,197.67 |
| **MMI Textiles, Inc.**<br>29260 Clemens Rd., Bldg. II<br>Ste. B<br>Westlake, OH 44145 | 440-899-8055 | Trade | | | | $490,264.68 |
| **Old Dominion Freight**<br>PO Box 198475<br>Atlanta, GA 30384-8475 | odinvoicing@odfl.com | Services | | | | $25,188.35 |
| **Pine Belt Processing, Inc.**<br>PO Box 557<br>Taylorsville, MS 39168 | 601-785-6526 | Trade | | | | $234,408.60 |
| **Propper International**<br>17 Research Park Dr., Ste. 100<br>Saint Charles, MO 63304 | 877-296-4690 | Trade | | | | $14,082.70 |
| **Southeast Freight Lines, Inc.**<br>PO Box 100104<br>Columbia, SC 29202-3104 | rburleson@sefl.com | Services | | | | $51,005.21 |

Debtor **Short Bark Industries, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SSM Industries**<br>**211 Ellis Ave.**<br>**Spring City, TN 37381** | **423-365-4461** | **Trade** | | | | **$292,317.99** |
| **Tapecraft**<br>**PO Box 2027**<br>**Anniston, AL 36202** | **256-832-3152** | **Trade** | | | | **$266,815.65** |
| **Tencate Southern Mills**<br>**PO Box 198453**<br>**Atlanta, GA 30384-8450** | **770-599-0137** | **Trade** | | | | **$225,082.73** |
| **Warmkraft, Inc.**<br>**Taylorsville-Apparel**<br>**Taylorsville0Apparel**<br>**PO Box 557**<br>**Taylorsville, MS 39168** | **601-785-6526** | **Trade** | | | | **$26,660.07** |

# United States Bankruptcy Court
## District of Delaware

In re    **Short Bark Industries, Inc.**      Case No. 
                                     Debtor(s)      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO and Chairman of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 10, 2017**            **/s/ Phil Williams**
                                                **Phil Williams**/**CEO and Chairman**
                                                Signer/Title

| | | |
|---|---|---|
| SHORT BARK INDUSTRIES, INC.<br>139 GRAND VISTA DRIVE<br>VONORE, TN 37885 | CN CLARK COMPANY<br>PO BOX 16785<br>CHAPEL HILL, NC 27516 | HARWIT INDUSTRIES<br>61 S. MAIN ST.<br>FREEPORT, NY 11520 |
| DAVID M. KLAUDER<br>BIELLI & KLAUDER, LLC<br>1204 N. KING STREET<br>WILMINGTON, DE 19801 | CONSOLIDATED WASTE SERVICES<br>PO BOX 366518<br>SAN JUAN, PR 00936 | HAYNE SURRIDGE COMPANY<br>1901 PINE ST.<br>SAINT LOUIS, MO 63103 |
| ADP<br>PO BOX 842875<br>BOSTON, MA 02284 | DC HOLDINGS, LLC<br>146 DAGWOOD ROAD.<br>LEOMINSTER, MA 01453 | IN-STYLE SOFTWARE INC.<br>5249 OAK MEADOW DR.<br>SANTA ROSA, CA 95401 |
| AGMA SECURITY SERVICES<br>ESTANCIAS DE MIRAMAR<br>103 CALLE TENERIFE<br>CABO ROJO, PR 00623 | DIVERSITEX, INC.<br>376 HOLLYWOOD AVE.<br>STE. 203<br>FAIRFIELD, NJ 07004 | INFRARED TOOLS LLC<br>2147 PRIEST BRIDGE DR.<br>STE. 9<br>CROFTON, MD 21114 |
| AMERICAN & EFIRD, INC.<br>PO BOX 741988<br>ATLANTA, GA 30374 | FEDEX<br>PO BOX 660481<br>DALLAS, TX 75266-0481 | LSQ FUNDING GROUP, L.C.<br>C/O GARY SOLES, ESQUIRE<br>LOWNDES, DROSDICK, DOSTER, K<br>215 N. EOLA DR.<br>ORLANDO, FL 32801 |
| ATLANTIC DIVING SUPPLY, INC.<br>621 LYNNHAVEN PKWY.<br>STE. 400<br>VIRGINIA BEACH, VA 23453 | FEDEX FREIGHT<br>DEPT. CH.<br>PO BOX 10306<br>PALATINE, IL 60055-0306 | MARK IAMMARTINO<br>MORRISANDERSON & ASSOCIATE<br>55 WEST MONROE ST.<br>STE. 2350<br>CHICAGO, IL 60603 |
| BEE.NET INTERNET SERVICES<br>64 E. UWCHLAN AVE.<br>EXTON, PA 19341-1203 | FOOTHILLS PEST CONTROL<br>6416 ORIS MILLER ROAD<br>MARYVILLE, TN 37801 | MIAMI THREAD<br>100 MILL ST.<br>PO BOX 3166<br>DREXEL, NC 28619 |
| BORNQUEN CONTAINER GROUP<br>PO BOX 145170<br>ARECIBO, PR 00614 | GARY SOLES, ESQUIRE<br>LOWNDES, DROSDICK, DOSTER, KANTOR & REED<br>215 N. EOLA DR.<br>ORLANDO, FL 32801 | MIKE SLATE<br>8837 SANDY CREST LN.<br>BOYNTON BEACH, FL 33437 |
| CARTER ENTERPRISES, LLC<br>4610 12TH AVE.<br>BROOKLYN, NY 11219 | GERBER TECHNOLOGY<br>PO 95065<br>CHICAGO, IL 60694-5060 | MILLKEN & COMPANY<br>PO BOX 1926<br>SPARTANBURG, SC 29304 |
| CLARO<br>PO BOX 70366<br>SAN JUAN, PR 00936-8366 | GLOBAL ENTERPRISES CO., LTD.<br>SHIA BIAN NO. 91, ZAO SHANG IND.<br>WETANG DISTRICT, DONGCHENG, D<br>CHINA 52312 | MMI TEXTILES, INC.<br>29260 CLEMENS RD., BLDG. II<br>STE. B<br>WESTLAKE, OH 44145 |

| | | |
|---|---|---|
| MORTON R. BRANZBURG, ESQUIRE<br>KLEHR HARRISON HARVEY BRANZBURG<br>1835 MARKET STREET, SUITE 1400<br>PHILADELPHIA, PA 19103 | MUSTER AGUILO, LLC<br>PO BOX 363126<br>SAN JUAN, PR 00936-3120 | TAPP TECHNOLOGIES<br>102 PARKWAY DR.<br>PEACHTREE CITY, GA 30269 |
| NATIONAL CORPORATE RESEARCH, LTD.<br>10 E 40TH ST., 10TH FL.<br>NEW YORK, NY 10016 | SML (USA) INC.<br>5 PENN PLAZA<br>15TH FL.<br>NEW YORK, NY 10001 | ULINE<br>ATTN: ACCOUNTS RECEIVABLE<br>PO BOX 88741<br>CHICAGO, IL 60680-1741 |
| OLD DOMINION FREIGHT<br>PO BOX 198475<br>ATLANTA, GA 30384-8475 | SONYA DOCKERY<br>505 COOPER HALLOW RD.<br>TELLICO PLAINS, TN 37385 | UNIQUE LAWN SERVICE<br>PO BOX 598<br>TELLICO PLAINS, TN 37385 |
| PINE BELT PROCESSING, INC.<br>PO BOX 557<br>TAYLORSVILLE, MS 39168 | SOUTHEAST FREIGHT LINES, INC.<br>PO BOX 100104<br>COLUMBIA, SC 29202-3104 | UPS<br>LOCKBOX 577<br>CAROL STREAM, IL 60132-0577 |
| PORTALATIN EXTERMINA<br>434 CARR. BOQUERON<br>CABO ROJO, PR 00623 | SSM INDUSTRIES<br>211 ELLIS AVE.<br>SPRING CITY, TN 37381 | VELCRO USA, INC.<br>95 SUNDIAL AVE.<br>ATTN: CREDIT DEPARTMENT<br>MANCHESTER, NH 03103 |
| PREMSCO, INC.<br>PO BOX 195117<br>SAN JUAN, PR 00919-5117 | TAPECRAFT<br>PO BOX 2027<br>ANNISTON, AL 36202 | VERMONT WIREFORM, INC.<br>PO BOX 248<br>ROUTE 110<br>CHELSEA, VT 05038 |
| PROPPER INTERNATIONAL<br>17 RESEARCH PARK DR., STE. 100<br>SAINT CHARLES, MO 63304 | TDS TELECOM<br>PO BOX 94510<br>PALATINE, IL 60094-4510 | WARMKRAFT, INC. TAYLORSVILL<br>TAYLORSVILLE0APPAREL<br>PO BOX 557<br>TAYLORSVILLE, MS 39168 |
| QST INDUSTRIES, INC.<br>525 WEST MONROE ST.<br>CHICAGO, IL 60661-5939 | TELLICO AREA SERVICES<br>PO BOX 277<br>VONORE, TN 37885 | YKK<br>PO BOX 100181<br>ATLANTA, GA 30384-6700 |
| ROSENTHAL & ROSENTHAL<br>PO BOX 88926<br>CHICAGO, IL 60695-1926 | TENCATE SOUTHERN MILLS<br>PO BOX 198453<br>ATLANTA, GA 30384-8450 | |
| RR GROUP PSC<br>PMB 146<br>405 ESMERALDA AVE.<br>GUAYNABO, PR 00969 | THE CINCINATTI INSURANCE COMPANY<br>PO BOX 145620<br>CINCINNATI, OH 45250-5620 | |

# JOINT RESOLUTIONS OF THE BOARD OF DIRECTORS OF EXO SBI, LLC AND SHORT BARK INDUSTRIES, INC.

July 9, 2017

**WHEREAS**, the undersigned, representing all of the directors of EXO SBI, LLC ("EXO"), a Delaware, USA corporation, and Short Bark Industries, Inc. ("SBI"), a Puerto Rico corporation, do hereby adopt the following resolutions by written consent (as used herein, EXO and SBI are also each referred to herein individually as a "Company" and collectively as the "Companies");

**WHEREAS**, the Board of Directors (the "Board") of each of the Companies, having considered the financial and operational conditions and strategic alternatives of the Company, and having reviewed, considered and received the recommendation of senior management to the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company including, without limitation, the possibility of pursuing a competitive sale process and a sale transaction with respect to the Company's business and assets under chapter 11 of the United States Code (the "Bankruptcy Code"), has determined that it is desirable and in the best interests of the Company and its affiliated entities, creditors, shareholders, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of chapter 11 of the Bankruptcy Code;

**NOW, THEREFORE, BE IT**

## Chapter 11 Case

**RESOLVED**, that the Company be, and hereby is, authorized and empowered to file a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code; in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court")

**RESOLVED**, that members of the board of directors of the Company (the "Board"), the Company's officers, and any other person designated and so authorized to act by a director or officer of the Company (each, an "Authorized Person" and, collectively, the "Authorized Persons") hereby are, and each of them is, authorized and empowered to (i) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of the Company's chapter 11 petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with such chapter 11 petition; (ii) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in

connection with the Company's chapter 11 case; (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein;

### Retention of Advisors

**RESOLVED**, that the law firm of Bielli & Klauder, LLC, be and hereby is employed as attorneys for the Company in the Company's chapter 11 case, subject to approval by the Bankruptcy Court;

**RESOLVED**, that the Authorized Persons be, and hereby are, authorized and empowered to employ and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, investment bankers, and other professionals, subject to approval by the Bankruptcy Court, and to perform any and all further acts and deeds the Authorized Persons deem necessary, proper, or desirable in furtherance thereof with a view to the successful prosecution of the Company's chapter 11 case;

**RESOLVED**, that the acts, actions and transactions taken by the officers or the Board or any other Authorized Person taken prior to the date of the foregoing resolutions adopted at this meeting and within the authority conferred, are hereby ratified, confirmed, and approved in all respects as the act and deed of the Company.

**EXO SBI, LLC**

*/s/ Phil Williams*
_____

By: ___Phil Williams___

Its: ___Manager___

**SHORT BARK INDUSTRIES, INC.**

*[Signature: Phil Williams]*

By: _____Phil Williams_____

Its: _____CEO and Chairman_____