## EXHIBIT A
(Budget)

| | |
|---|---|
| Payroll/Payroll Taxes | $177,844.00 |
| Miami Tees | $ 45,000.00 |
| Warmkraft/PineBelt | <u>$ 15,000.00</u> |
| TOTAL | $237,844.00 |