**Exhibit 1** (to Bidding Procedures Order)

[Bidding Procedures]

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SHORT BARK INDUSTRIES, INC., et al.,[1] | Case No. 17-11502 (KG) |
| Debtors. | Jointly Administered |

## BIDDING PROCEDURES

By motion dated July 20, 2017 (the "**Motion**"),[2] the above-captioned debtors and debtors in possession (the "**Debtors**") sought approval of, among other things, the procedures through which it will determine the highest or otherwise best price for (i) the sale of substantially all, or certain of the assets owned or leased by the Debtors and its direct and indirect subsidiaries (collectively, the "**Assets**") in one or more lots to one or more successful bidders.

On **[_____]**, 2017, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order (the "**Bidding Procedures Order**"), which, among other things, authorized the Debtors to determine the highest or otherwise best bid for the Assets through the process and procedures set forth below (the "**Bidding Procedures**").  As set forth below and in the Motion, the Debtors reserve the right to modify the Bidding Procedures.

The sale will be subject to competitive bidding as set forth herein and approval of the Court pursuant to sections 105, 363 and 365 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**").

**Assets to be Sold**

The Assets generally constitute all of the assets owned by the Debtors.  The Debtors are offering bidders the opportunity to bid on all of Assets (the "**Sale**").

**Stalking Horse Bidder(s)**

[TBD]

---

[1] The Debtors in these jointly administered cases are Short Bark Industries, Inc. (Tax ID: 66-0655657) and EXO SBI, LLC (Tax ID: 46-5210695)).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

1

**Participation Requirements**

In order to participate in the bidding process or otherwise be considered for any purpose hereunder, a person interested in entering into a Sale for some or all of the Assets (a "**Potential Bidder**") must first deliver an executed confidentiality agreement in form and substance satisfactory to the Debtors and their counsel.[3]

**Bid Requirements**

In order to participate in the bidding process and be deemed a "**Qualified Bidder**," a Potential Bidder must submit a "**Qualified Bid**" by **August 25, 2017, at 5:00 p.m. (prevailing Eastern Time) (the "Bid Deadline")**. The Debtors, with the consent of LSQ Funding Group, LLC ("**LSQ**"), shall make a determination regarding whether a bid is a Qualified Bid and shall notify bidders whether their bids have been determined to be Qualified Bids by no later than **5:00 p.m. (prevailing Eastern time) on August [ ], 2017**. The Debtors reserve their right to contact bidders before or after the Bid Deadline to discuss or clarify the terms of their bid and to indicate any terms which may need to be modified in order to conform the bid to a Qualified Bid or otherwise evaluate the bid. If no timely, conforming Qualified Bids are submitted by the Bid Deadline, the Debtors shall not hold the Auction but expressly reserve the right to extend the Bid Deadline (with the consent of LSQ). To constitute a Qualified Bid, a bid must, among other things:

(i) provide to the Debtors and their counsel the most current audited and latest unaudited financial statements (collectively, the "**Financials**") of the Potential Bidder, or, if the Potential Bidder is an entity formed for the purpose of a transaction with the Debtors, (x) Financials of the equity holder(s) of the Potential Bidder or such other form of financial disclosure as is acceptable to the Debtors that demonstrates the Potential Bidder's financial ability to consummate a transaction and (y) a written commitment acceptable to the Debtors of the equity holder(s) of the Potential Bidder to be responsible for the Potential Bidder's obligations in connection with a sale transaction (including being bound by the terms and conditions of the Bidding Procedures); provided that if a Potential Bidder is unable to provide Financials, the Debtors may accept such other information sufficient to demonstrate to the Debtors' reasonable satisfaction that such Potential Bidder has the financial wherewithal to consummate a sale transaction. Potential Bidders shall not be allowed to review or obtain the Financials of other Potential Bidders;

(ii) include a cover letter identifying whether the Potential Bidder is interested in purchasing some or all of the Assets;

---

[3] To the extent any party executed a confidentiality agreement prior to the entry of an order approving these Bidding Procedures, such party does not need to execute another confidentiality agreement in order to comply with the Bidding Procedures or become a Qualified Bidder.

(iii)     state that the Potential Bidder offers to consummate the sale pursuant to a proposed form of purchase agreement (the "**Purchase Agreement**") and enclose a clean signed copy of the proposed Purchase Agreement;

(iv)     if any bid is conditioned on the assumption and assignment of executory contracts and/or unexpired leases, then such Potential Bidder shall be required to provide evidence of its ability to provide adequate assurance of future performance of such contracts or leases along with the bid;

(v)     either (i) be an all-cash bid or (ii) be accompanied with verified financing;

(vi)     to the extent the Court has authorized the Debtors to provide bid protections to any stalking horse bidder, the total consideration offered must exceed the consideration offered by the stalking horse bidder plus the value of the stalking horse bid protections approved by the Bankruptcy Court;

(vii)     contain a list of the Debtors' executory contracts and unexpired leases with respect to which the Potential Bidder seeks assignment from the Debtors;

(viii)     confirm that the offer shall remain open and irrevocable as provided below;

(ix)     be accompanied with a certified or bank check or wire transfer in an amount equal to five percent (5%) of the proposed purchase price set forth in the bid as a minimum good faith deposit (the "**Minimum Deposit**"), which Minimum Deposit shall be: (a) deposited into an escrow account pursuant to an executed escrow agreement; and (b) used to fund a portion of the purchase price provided for in the bid;

(x)     indicate whether the Potential Bidder intends to operate the Assets as a going concern;

(xi)     not be conditioned on obtaining financing or the outcome of any due diligence by the Potential Bidder; and

(xii)     fully disclose the identity of each entity that will be bidding for the Assets or otherwise participating in connection with such bid, and the complete terms of any such participation.

If a bid submitted on or prior to the Bid Deadline fails to meet all the requirements of a Qualified Bid, the Debtors are entitled to work with the bidder in an effort to cure any defects in the bid and to cause such bid to become a Qualified Bid prior to the commencement of the Auction. In addition, the Debtors may, with the consent of the LSQ, waive one or more defects and cause such bid to be a Qualified Bid prior to the commencement of or during the Auction. For the avoidance of doubt, LSQ shall be deemed a Qualified Bidder, and any bid, including a credit bid, for the Assets submitted by LSQ shall be deemed a Qualified Bid without the need to satisfy any of the other bid requirements set forth herein.

A bid received from a Potential Bidder that meets the requirements set forth above which is timely received will be considered a Qualified Bid if the Debtors believes that such bid would be consummated if selected as a Successful Bid (defined below).

After the Bid Deadline (defined below), the Debtors, with the consent of LSQ, shall determine which Qualified Bid or combination of Qualified Bids represents the Starting Qualified Bid (defined below).  Prior to the commencement of the Auction, the Debtors shall distribute copies of the Starting Qualified Bid to each Qualified Bidder.

**Bid Deadline**

**The Bid Deadline for submitting bids on the Assets by a Potential Bidder shall be August 25, 2017, at 5:00 p.m. (prevailing Eastern Time).**

**A Potential Bidder that desires to make a bid must deliver written and electronic copies of their bid so that they are actually received prior to the Bid Deadline by:  (i) counsel for the Debtors, David M. Klauder, Esquire, Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, DE 19801; (ii) counsel for LSQ, Dominic E. Pacitti, Esquire, Klehr Harrison Harvey Branzburg LLP, 919 N. Market Street, Suite 1000, Wilmington, DE 19801; (iii) SSG Capital Advisors, LLC, Attn: J. Scott Victor, Five Tower Bridge, Suite 420, West Conshohocken, PA 19428; (iv) the Debtors' CRO, Mark Iammartino, MorrisAnderson, 55 West Monroe Street #2530, Chicago, IL 60603, and (v) counsel for the Committee, Michael Busenkill, Esquire, Gellert Scali Busenkill & Brown, LLC, 1201 North Orange Street, 3rd Floor, Wilmington, DE 19801, and Mary E. Seymour, Esquire & Wojchich F. Jung, Esquire, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ 07069**

**Obtaining Due Diligence Access**

The Debtors shall afford each Potential Bidder reasonable due diligence information.  Site access shall be provided upon reasonable request to the Debtors at the discretion of the Debtors within its reasonable business judgment.  Potential Bidders cannot question the Debtors' employees without the Debtors' consent.  The due diligence period will end on the Bid Deadline.

The Debtors shall not be obligated to furnish any information relating to the Debtors, the Assets and/or the Sale to any person except to a Potential Bidder.  The Debtors shall give each Potential Bidder reasonable access to all written due diligence information provided to another Potential Bidder.

The Debtors shall coordinate all reasonable requests for additional information and due diligence access from Potential Bidders.  No conditions relating to the completion of due diligence shall be permitted to exist after the Bid Deadline.

**Due Diligence From Potential Bidders**

Each Potential Bidder shall comply with all reasonable requests for additional information by the Debtors or their advisors regarding such Potential Bidder's financial wherewithal to consummate and perform obligations in connection with the Sale.  Failure by the

Potential Bidder to comply with requests for additional information may be a basis for the Debtors to determine that a Potential Bidder is not a Qualified Bidder and that a bid made by a Potential Bidder or a Qualified Bidder is not a Qualified Bid.

**"As Is, Where Is"**

The Sale of the Assets shall be on an "as is, where is" basis and without representations or warranties of any kind, nature or description by the Debtors, their agents or estates, except to the extent set forth in the purchase agreement between the Debtors and the Successful Bidder. All of the Debtors' right, title and interest in and to the Assets shall be sold free and clear of all pledges, liens, security interests, encumbrances, claims, charges, options and interests thereon (collectively, the "**Interests**"), if any, with such Interests to attach to the net proceeds of the Sale of the Assets, with the same validity and priority as existed immediately prior to such Sale.

Each bidder shall be deemed to acknowledge and represent that it has had an opportunity to inspect and examine the Assets prior to making its offer, that it has relied solely upon its own independent review, investigation and/or inspection of any documents in making its bid, and that it did not rely upon any written or oral statements, representations, promises, warranties or guaranties whatsoever, whether express, implied, by operation of law or otherwise, regarding the Assets or the completeness of any information provided in connection with the bidding process, in each case except as expressly stated in the marked Purchase Agreement.

**The Auction**

If more than one Qualified Bid by a Qualified Bidder is received by the Bid Deadline (or if a non-qualified bid received by the Bid Deadline is qualified prior to the commencement of the Auction), an Auction with respect to a sale of the Assets shall take place on **August 29, 2017, at 10:00 a.m. (prevailing Eastern Time)**, at the offices of [_____], or at such other place and time as the Debtors shall notify all Qualified Bidders and other invitees. If, however, no such Qualified Bids are received by the Bid Deadline, or if a non-qualified bid received by the Bid Deadline is not qualified prior to the commencement of the Auction, then the Auction will not be held.

Auction Rules:

(i) Only Qualified Bidders who have submitted a Qualified Bid for some or all of the Assets and their authorized representatives will be eligible to participate at the Auction and to increase their bids. Representatives of the LSQ and the Committee, if any, may attend the Auction. After the Bid Deadline, the Debtors, with the consent of LSQ, shall determine which Qualified Bid or combination of Qualified Bids represent the then-highest or otherwise best bid for the Assets (the "**Starting Qualified Bid**"). Prior to the commencement of the Auction, the Debtors shall distribute copies of the Starting Qualified Bid to each Qualified Bidder. The Auction shall commence with the Starting Qualified Bid and then proceed in minimum increments to be announced at the Auction (the "**Overbid Increment**").

        The Debtors shall not consider any subsequent bid in the Auction unless any bid after the Starting Qualified Bid exceeds the previous highest bid by at least the Overbid Increment; <u>provided</u>, <u>however</u>, that in the event the Debtors select a combination of Qualified Bids to serve as the Starting Qualified Bid, the Debtors, with the consent of LSQ, reserve the right to determine an appropriate Overbid Increment.  During the course of the Auction, the Debtors shall inform each participant which Qualified Bid(s) reflects, in the Debtors' view, after consultation with LSQ and the Committee, if any, the highest or otherwise best offer or combination of offers.

(ii)      The Auction may be adjourned as the Debtors and LSQ deem appropriate. Reasonable notice of such adjournment and the time and place for the resumption of the Auction shall be given to all Qualified Bidders that have submitted a Qualified Bid and counsel for LSQ and Committee, if any.

(iii)     Each Qualified Bidder participating at the Auction will be required to confirm that it has not engaged in any collusion with respect to the bidding or Sale Transaction; <u>provided</u>, <u>however</u>, in order to obtain the highest and/or otherwise best bid, the Debtors may engage in discussions with one or more Qualified Bidders if it determines, with the consent of LSQ, that the combination of all or a portion of bids received from such Qualified Bidders would yield the highest and/or otherwise best offer at the Auction.

(iv)     Bidding at the Auction may be transcribed or videotaped.

**Other Terms**

        All Qualified Bids, the Auction, and the Bidding Procedures are subject to modification and/or additional terms and conditions as are announced by the Debtors (with the consent of LSQ) and that are not inconsistent with the Bidding Procedures Order.  At the conclusion of the Auction, the Debtors shall announce the bid or combination of bids made pursuant to the Bidding Procedures Order that represents, in the Debtors' discretion (with the consent of LSQ), the highest or otherwise best offer for the Assets (the "**Successful Bid**").  Prior to the entry of the Sale Order, the Debtors shall announce the identity of the Qualified Bidder or combination of Qualified Bidders who submitted the Successful Bid at the Auction (the "**Successful Bidder**").  If an Auction is held, the Debtors shall be deemed to have accepted a Qualified Bid only when (i) such bid is declared the Successful Bid at the Auction, (ii) definitive documentation has been executed in respect thereof and (iii) the Court has approved the Sale to the Successful Bidder.  Such acceptance by the Debtors is conditioned upon approval by the Court of the Successful Bid and the entry of an order approving such Successful Bid.

**Irrevocability of Certain Bids**

        The Successful Bid and the bid of the Qualified Bidder or combination of Qualified Bidders (the "**Back-Up Bidder**") that submits the next highest or otherwise best bid or combination of bids (the "**Back-Up Bid**") shall be irrevocable until the earlier of: (i) sixty (60)

6

days after entry of the Sale Order approving the Successful Bid; and, (ii) closing of the sale to the Successful Bidder or the Back-Up Bidder.  Following the entry of the Sale Order, if the Successful Bidder fails to consummate the transaction for any reason, the Back-Up Bid will be deemed the new Successful Bid, and the Debtors will be authorized, but not required, to consummate the transaction with the Back-Up Bidder without further order of the Court.  In such case, the defaulting Successful Bidder's Minimum Deposit shall be forfeited to the Debtors and the Debtors (and/or LSQ) shall have the right to seek any and all other remedies and damages from the defaulting Successful Bidder.

The Debtors will present the results of the Auction to the Bankruptcy Court at the Sale Hearing (as defined below) and the Debtors will request certain findings from the Bankruptcy Court regarding the Auction, including, among other things, that (i) the Auction was conducted and the Successful Bidder was selected in accordance with these Bidding Procedures, (ii) the Auction was fair in substance and procedure and (iii) consummation of the Sale contemplated by the Successful Bid will provide the highest or otherwise best value for the Assets and is in the best interests of the Debtors and their creditors.

**Sale Hearing**

A hearing to consider approval of the Sale of the Assets to the Successful Bidder will take place on **August 30, 2017, at [___] [_].m. (prevailing Eastern Time)**, before the Honorable Kevin Gross in the United States Bankruptcy Court District of Delaware, 824 N. Market St., Wilmington, DE 19801 (the "**Sale Hearing**").

**Return of Deposit**

Except as otherwise provided in this paragraph with respect to any Successful Bid and any Back-Up Bid, the Minimum Deposits of all Qualified Bidders that submitted such a deposit under the Bidding Procedures shall be returned upon or within five (5) business days after the conclusion of the Sale Hearing.  The Minimum Deposit of the Successful Bidder shall be held until the closing of the Sale of the Assets, as applicable, and applied in accordance with the Successful Bid.  The Minimum Deposit of any Back-Up Bidder shall be returned upon or within the earlier of (i) sixty (60) days after entry of the Sale Order (the "**Outside Back-Up Date**") or (ii) the closing of the Sale of the Assets to the Successful Bidder.

**Failure to Close**

If the Successful Bidder fails to consummate the transaction in accordance with the terms of the applicable agreement executed by the Successful Bidder by the closing date contemplated in the purchase agreement agreed to by the parties for any reason, the Debtors shall: (i) retain the Successful Bidder's Minimum Deposit; (ii) maintain the right to pursue all available remedies, whether legal or equitable; and (iii) be free to consummate the proposed transaction with the Back-Up Bidder at the highest price bid by the Back-Up Bidder at the Auction, without the need for an additional hearing or Order of the Court.  Notwithstanding the foregoing, nothing

herein shall prejudice the rights of LSQ to exercise whatever rights and remedies it may have pursuant to the DIP Orders.

**Reservation of Rights**

Except as otherwise provided in the Bidding Procedures Order, the Debtors reserve the right as they may reasonably determine to be in the best interests of their estates, with the consent of LSQ, to: (i) determine which bidders are Qualified Bidders; (ii) determine which bids are Qualified Bids; (iii) determine which Qualified Bid or combination of Qualified Bids is the highest or otherwise best proposal and which is the next highest or otherwise best proposal; (iv) reject any bid that is (a) inadequate or insufficient, (b) not in conformity with the requirements of the Bidding Procedures or the requirements of the Bankruptcy Code, or (c) contrary to the best interests of the Debtors and their estates; (v) remove the Assets from the Sale; (vi) waive terms and conditions set forth herein with respect to all Potential Bidders; (vii) impose additional terms and conditions with respect to all Potential Bidders; (viii) extend the deadlines set forth herein; (ix) adjourn or cancel the Auction and/or Sale Hearing in open court without further notice; (x) modify the Bidding Procedures, as the Debtors may determine to be in the best interests of their estates; or (xi) withdraw the Motion at any time prior to the Sale Hearing with or without prejudice.

**Expenses**

The Debtors may, at their sole discretion, provide a limited expense reimbursement to a Bidder, so long as (a) the Bidder is not the Successful Bidder; (b) the Bidder is not the Stalking Horse; and (c) all documentation for expenses is submitted in full to the Debtors' Chief Restructuring Officer within seven (7) days of the Auction

**LSQ's Consent/Consultation Rights**

If LSQ exercises its right to bid, including credit bid, at any time during the Auction, the Debtors shall not be required to consult with or obtain the consent of LSQ as would otherwise be required under these Bidding Procedures during any round of bidding in which LSQ tenders a credit bid, provided, however, that upon LSQ either withdrawing its credit bid or informing the Debtors that it is no longer bidding, the Debtors shall resume consultation with LSQ during subsequent rounds of bidding. Further, the Debtors shall establish precautions necessary to safeguard against LSQ receiving information that other Potential Bidders and/or Qualified Bidders are not entitled to receive for so long as the LSQ exercises its right to bid.