# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SHORT BARK INDUSTRIES, INC., *et al.*[1] | Case No. 17-11502 (KG) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: July 27, 2017, at 4:00 p.m. (ET)**<br>**Hearing Date: July 31, 2017, at 10:00 a.m. (ET)** |
| | **Re: Docket Nos. 9, 14, 23, 34 and 53** |

**NOTICE OF (A) ENTRY OF SECOND INTERIM ORDER (I) AUTHORIZING DEBTORS TO OBTAIN SECURED POSTPETITION FACTORING PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363(c)(2), 364(c)(1), 364(c)(2) 364(c)(3), 364(d)(1) AND 364(e), (II) GRANTING LIENS, SECURITY INTERESTS AND SUPERPRIORITY CLAIM, (IV) AUTHORIZING USE OF CASH COLLATERAL BY THE DEBTOR AND PROVIDING FOR ADEQUATE PROTECTION, (V) MODIFYING THE AUTOMATIC STAY, (VI) SCHEDULING A FINAL HEARING, AND (VII) <u>GRANTING RELATED RELIEF AND (B) FURTHER INTERIM HEARING</u>**

PLEASE TAKE NOTICE that on July 11, 2017, Short Bark, Inc., on behalf of itself and its affiliated debtor and debtor in possession in the above-captioned cases (collectively, the "Debtors"), filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Scheduling a Final Hearing, and (III) Granting Related Relief* [D.I. 9] (the "**Motion**") and the with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that on July 12, 2017, Short Bark, Inc., on behalf the Debtors, filed the *Debtors' Supplement to Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Scheduling a Final Hearing, and (III) Granting Related Relief (Re: D.I. 9)* [D.I. 14] (the "**Supplement**") and the with the Court.

---

[1] The Debtors in these cases are Short Bark Industries, Inc. (Tax ID: 5657) and EXO SBI, LLC (Tax ID: 0695).

PLEASE TAKE FURTHER NOTICE that, following an initial hearing to consider the Motion on July 13, 2017, the Court entered the *Corrected Emergency Interim Order (I) Authorizing Debtors to Obtain Secured Postpetition Factoring and Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364, (II) Granting Liens, Security Interests and Superpriority Claim, (IV) Authorizing Use of Cash Collateral by the Debtor and Providing for Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Further Interim Hearing, and (VII) Granting Related Relief* [D.I. 23] (the "**Interim Order**").

PLEASE TAKE FURTHER NOTICE that on July 17, 2017, Short Bark, Inc., on behalf the Debtors, filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Secured Postpetition Factoring and Other Financial Accommodations, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Superpriority Claims, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [D.I. 34] (the "**DIP Financing Motion**") with the Court.  A copy of the DIP Financing Motion is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, following an initial hearing to consider the DIP Financing Motion on July 19, 2017, the Court entered the *Second Interim Order (I) Authorizing Debtors to Obtain Secured Postpetition Factoring Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364, (II) Granting Liens, Security Interests and Superpriority Claim, (IV) Authorizing Use of Cash Collateral by the Debtor and Providing for Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Further Interim Hearing, and (VII) Granting Related Relief* [D.I. 53] (the "**Second Interim Order**").  A copy of the Second Interim Order is attached hereto as Exhibit B.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Order, objections or responses to additional interim relief requested in the Motion, if any, must be made in writing, filed with the Court, and served so as to be received by (i) counsel for the Debtors, Bielli & Klauder, LLC, 1204 N. King Street, Wilmington, Delaware 19801 (Attn: David M. Klauder, Esquire); (ii) counsel for LSQ Funding Group, L.C., Klehr Harrison Harvey Branzburg LLP, 919 N. Market Street, Suite 1000, Wilmington, DE 19801 (Attn: Domenic E. Pacitti, Esquire); (iii) the United States Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Richard L. Schepacarter, Esquire), and (iv) counsel for the Committee, Michael Busenkell, Esquire, Gellert Scali Busenkell & Brown, LLC, 1201 North Orange Street, 3rd Floor, Wilmington, DE 19801, and Mary E. Seymour, Esquire & Wojchich F. Jung, Esquire, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, NJ 07069 on or before **July 27, 2017, at 4:00 p.m. (ET)**.[2]

PLEASE TAKE FURTHER NOTICE that, pursuant to the Second Interim Order, an additional interim hearing with respect to the DIP Financing Motion, if required, will be held before The Honorable Kevin Gross at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, DE 19801 on **July 31, 2017, at 10:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[2] Pursuant to the Court at the July 19, 2017 hearing on the DIP Financing Motion, any objections and responses to the further interim relief under the DIP Financing Motion at the July 31, 2017, hearing will be limited solely to the issue of an extended budget that will proposed by the Debtors prior to the July 31 hearing.

|  |  |
|---|---|
| Dated: July 20, 2017<br>Wilmington, Delaware | **BIELLI & KLAUDER, LLC**<br><br>*/s/ David M. Klauder*<br>David M. Klauder (No. 5769)<br>Nella M. Bloom (No. 5430)<br>Cory P. Stephenson (No. 6097)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 803-4600<br>Fax: (302) 397-2557<br>dklauder@bk-legal.com<br>nbloom@bk-legal.com<br>cstephenson@bk-legal.com<br><br>*Proposed Counsel for the Debtors* |