**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SHORT BARK INDUSTRIES, INC., *et al.*[1] | Case No. 17-11502 (KG) |
| Debtors. | Jointly Administered |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 31, 2017, AT 10:00 A.M. (EDT)**

## I.   MATTERS GOING FORWARD

A.   Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Post-Petition Factoring and Other Financial Accommodations, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Superpriority Claims, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (Filed: 7/17/2017; D.I. 34)

Objection/Response Deadline:  July 27, 2017, at 4:00 p.m.

Objections/Responses Received:

1.   Objection of Atlantic Diving Supply, Inc. to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Post-Petition Factoring and Other Financial Accommodations, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Superpriority Claims, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (Filed: 7/18/2017; D.I. 42)

2.   Objection of Official Committee of Unsecured Creditors to Debtors Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Post-Petition Factoring and Other Financial Accommodations, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Superpriority Claims, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (Filed: 7/18/2017; D.I. 46)

---

[1] The Debtors in these cases, in which joint administration is requested, are Short Bark Industries, Inc. (Tax ID: 5657) and EXO SBI, LLC (Tax ID: 0695).

[2] Amended items are indicated in bold.

<u>Related Documents</u>:

3.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Scheduling a Final Hearing, and (III) Granting Related Relief (Filed: 7/11/2017; D.I. 9)

4.  Debtors' Supplement to Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Scheduling a Final Hearing, and (III) Granting Related Relief (Re: D.I. 14) (Filed: 7/12/2017; D.I. 14)

5.  Corrected Emergency Interim Order (I) Authorizing Debtors to Obtain Secured Postpetition Factoring and Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 And 364, (II) Granting Liens, Security Interests and Superpriority Claim, (IV) Authorizing Use of Cash Collateral by the Debtor and Providing for Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Further Interim Hearing, and (VII) Granting Related Relief (Filed: 7/13/2017; D.I. 23)

6.  Notice of (A) Entry of Corrected Emergency Interim Order (I) Authorizing Debtors to Obtain Secured Postpetition Factoring and Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 And 364, (II) Granting Liens, Security Interests and Superpriority Claim, (IV) Authorizing Use of Cash Collateral by the Debtor and Providing for Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Further Interim Hearing, and (VII) Granting Related Relief and (B) Further Interim Hearing (Filed: 7/14/2017; D.I. 28)

7.  Notice of Filing of Exhibits A and B to the Debtors' Motion for Entry of Interim and Final orders (I) Authorizing Debtors to Obtain Post-Petition Factoring and Other Financial Accommodations, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Superpriority Claims, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (Filed: 7/18/2017; D.I. 39)

8.  Second Interim Order (I) Authorizing Debtors to Obtain Secured Postpetition Factoring (II) Granting Liens, Security Interests and Superpriority Claim (IV) Authorizing Use of Cash Collateral by the Debtor and Providing for Adequate Protection (V) Modifying the Automatic Stay (VI) Scheduling a Final Hearing and (VII) Granting Related Relief (Filed: 7/19/2017; D.I. 53)

9.  Notice of (A) Entry of Second Interim Order (I) Authorizing Debtors to Obtain Secured Postpetition Factoring Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c)(2), 364(c)(1), 364(c)(2) 364(c)(3), 364(d)(1) AND 364(e), (II) Granting Liens, Security Interests and Superpriority Claim, (IV) Authorizing Use of Cash Collateral by the Debtor and Providing For Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling A Final Hearing, and (VII) Granting Related Relief and (B) Further Interim Hearing (Filed: 7/20/2017; D.I. 58)

**Additional Objections/Responses Received:**

**10. Supplemental Objection and Reservation of Rights of The Official Committee of Unsecured Creditors to Debtors Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Post-Petition Factoring and Other Financial Accommodations, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Superpriority Claims, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (Filed: 7/27/2017; D.I. 81)**

Status: This matter is going forward.  The Debtors will seek entry of a further interim order with an extended budget.

B.    Debtors' Motion for Orders (I) (A) Approving Bidding Procedures and Auction and (B) Scheduling Sale Hearing and Approving Notice Thereof (II) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and (IV) Granting Related Relief (Filed: 7/20/2017; D.I. 55)

Objection/Response Deadline:  July 27, 2017, at 4:00 p.m.

Objections/Responses Received:

1.    Limited Objection and Reservation of Rights of The United States Trustee to the Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures and Auction and (B) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing the Sale of Substantially all of the Debtors Assets Free and Clear of all Liens, Claims, Encumbrances and Other Interests, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (IV) Granting Related Relief (Filed: 7/26/2017; D.I. 74)

Related Documents:

2.    Order Approving Motion to Shorten Notice with Respect to Debtors' Motion for Orders (I) (A) Approving Bidding Procedures and Auction and (B) Scheduling Sale Hearing and Approving Notice Thereof (II) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and (IV) Granting Related Relief (Filed: 7/21/2017; D.I. 59)

3.    Notice of Hearing with Respect to Debtors Motion for Orders (I)(A) Approving Bidding Procedures and Auction and (B) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing the Sale of Substantially All of the

Debtors Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (III) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (IV) Granting Related Relief (Filed: 7/21/2017; D.I. 60)

**Additional Objections/Responses Received:**

4. **Limited Objection and Reservation of Rights to Debtors' Motion for Orders (I)(A) Approving Bidding Procedures and Auction and (B) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (Filed: 7/27/2017; D.I. 77)**

5. **Creditor Global Enterprises Co., Ltd.'s Objection to Debtors' Motion for Orders (I)(A) Approving Bidding Procedures and Auction, and (B) Scheduling Sale Hearing and Approving Notice thereof; (II) Authorizing the Sale of Substantially All of the Debtors Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (Filed: 7/27/2017; D.I. 78)**

6. **Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Proposed Bid Procedures (Filed: 7/27/2017; D.I. 79)**

7. **Limited Objection, Joinder and Reservation of Rights of Diversitex, Inc. to the Motion of Debtors for Entry of Orders (I) Approving Bidding Procedures, (II) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear, and (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [D.I. 55] (Filed: 7/27/2017; D.I. 80)**

Status: This matter is going forward.

*[Remainder of page intentionally left blank]*

                                        **BIELLI & KLAUDER, LLC**

Dated: July 28, 2017                    */s/ Cory P. Stephenson*
Wilmington, Delaware                    David M. Klauder (No. 5769)
                                        Nella M. Bloom (No. 5430)
                                        Cory P. Stephenson (No. 6097)
                                        1204 N. King Street
                                        Wilmington, DE 19801
                                        Phone: (302) 803-4600
                                        Fax: (302) 397-2557
                                        dklauder@bk-legal.com
                                        nbloom@bk-legal.com
                                        cstephenson@bk-legal.com

                                        *Proposed Counsel for the Debtors*