# EXHIBIT A
Budget

PHIL1 6330674v.6

**SHORT BARK INDUSTRIES**
**DIP Budget**
**($000)**

| Weekly Budget | w/e 21-Jul | w/e 28-Jul | w/e 4-Aug | w/e 11-Aug | w/e 18-Aug | w/e 25-Aug | w/e 1-Sep |
|---|---|---|---|---|---|---|---|
| Cash Receipts | 179 | 143 | 164 | 332 | 224 | 181 | 636 |
| **Cash disbursements** | -609 | -652 | -608 | -600 | -609 | -555 | -588 |
| Vendor purchases | -269 | -319 | -267 | -256 | -261 | -252 | -224 |
| Payroll and payroll taxes | -196 | -202 | -202 | -202 | -210 | -224 | -228 |
| Rent Equip/Bldg | -26 | 0 | -33 | -1 | -10 | 0 | -27 |
| Utilities | -26 | -2 | -2 | -46 | -23 | -2 | -2 |
| Travel | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insurance | -3 | -5 | 0 | -4 | -15 | 0 | 0 |
| R&M | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | -7 | -2 | -8 | -6 | -10 | -6 | -16 |
| Freight | -22 | -11 | -11 | -15 | -15 | -15 | -15 |
| Contingency | -10 | -8 | -8 | -8 | -8 | -8 | -8 |
| Net cash flow from operations | -559 | -549 | -531 | -538 | -552 | -507 | -520 |
| **Other disbursements** | (380) | (406) | (367) | (206) | (328) | (326) | 116 |
| CRO | -25 | -25 | -25 | -20 | -20 | -20 | -20 |
| Debtor's professionals | 0 | 0 | -24 | -14 | -9 | 0 | -20 |
| Lender's professionals | -20 | -20 | -20 | -20 | -20 | -20 | -20 |
| Committee's professionals | -5 | -5 | -5 | -5 | -5 | -5 | -5 |
| D&O insurance | 0 | -50 | 0 | 0 | 0 | 0 | 0 |
| Other bankruptcy costs | 0 | -2.5 | -2.5 | -2.5 | -2.5 | -2.5 | -2.5 |
|  | (50) | (103) | (77) | (62) | (57) | (48) | (68) |
| **Net cash flow** | (430) | (509) | (444) | (268) | (385) | (374) | 49 |
| *Invoicing targets* |  |  |  |  |  |  |  |
| Superior | 196 | 195 | 198 | 209 | 212 | 214 | 216 |
| ANA | 140 | 40 | 0 | 0 | 0 | 0 | 0 |
| ACU | 169 | 0 | 44 | 0 | 0 | 0 | 0 |
| MCCUU | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EFRCE-Blouse | 359 | 25 | 36 | 36 | 34 | 34 | 0 |
| EFRCE-Trouser | 88 | 51 | 0 | 0 | 98 | 80 | 73 |
|  | 952 | 311 | 278 | 245 | 344 | 328 | 289 |