# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SHORT BARK INDUSTRIES, INC. | | |
| **Case Number:** | 17-11502-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, JULY 31, 2017 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | GINGER MACE | | |

### *Matter:*

Bid Procedures and Budget update;

**R / M #:**   82 / 0

### *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

### *Proceedings:*

HEARING HELD. AGENDA ITEMS:

A - ORDER SIGNED

B - Sale hearing scheduled for 9/19/17 @ 1:30 pm