# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SHORT BARK INDUSTRIES, INC., et al.,[1] | Case No. 17-11502 (KG) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 55** |

**CERTIFICATION OF COUNSEL REGARDING ORDER: (A) APPROVING BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL ASSETS OF THE DEBTORS (B) SCHEDULING AN AUCTION AND HEARING TO CONSIDER THE SALE OF ASSETS AND (C) APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

I, David M. Klauder, Esquire, of Bielli & Klauder, LLC, co-counsel to above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby certify the following:

On July 20, 2017, Debtors filed the *Debtors' Motion for Orders (I)(A) Approving Bidding Procedures and Auction and (B) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (III) Authorizing the Assumption and Assignment of Certain Executory Contracts; and (IV) Granting Related Relief* (the "Bidding Procedures Motion") (D.I. 55).

A hearing was held on the Bidding Procedures Motion on July 31, 2017. During the hearing, the Debtors and various objecting parties agreed on certain changes to the proposed order approving the Bidding Procedures Motion, and the various attachments to the proposed order. As a result, the Debtors revised the proposed order and attachments and circulated those revisions to counsel for the various parties in interest who participated at the hearing, including counsel for the objecting parties. Counsel for the United States Trustee, the Committee, LSQ Funding Group, LLC, and the other objecting parties have indicated that they do not have an

---

[1] The Debtors in these jointly administered cases are Short Bark Industries, Inc. (Tax ID: 5657) and EXO SBI, LLC (Tax ID: 0695)).

objection to the Court's entry of this revised proposed order. A true and correct copy of the revised proposed form of Order, with exhibits, is attached as <u>Exhibit 1</u>. A black-lined copy of the revised proposed form of Order, and exhibits, is attached as <u>Exhibit 2</u>.

It is hereby respectfully requested that the revised proposed Order attached hereto as Exhibit 1 be entered at the earliest convenience of the Court.

**BIELLI & KLAUDER, LLC**

Dated: August 1, 2017  
Wilmington, Delaware

*/s/ David M. Klauder*  
David M. Klauder (No. 5769)  
Nella M. Bloom (No. 5430)  
1204 N. King Street  
Wilmington, DE 19801  
Phone: (302) 803-4600  
Fax: (302) 397-2557  
Email: dklauder@bk-legal.com  
Email: nbloom@bk-legal.com

*Proposed Counsel to the Debtors and Debtors-In-Possession*