**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Short Bark Industries, Inc., *et al.* | : | Case No. 17-11502 (KG) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtor (s). | : | **NOTICE OF APPOINTMENT OF** |
| ---------------------------------- | : | **COMMITTEE OF UNSECURED** |
| | : | **CREDITORS-FIRST AMENDED*** |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Global Enterprises.**, Attn: Michael Selin, 7506 N. Chicago Avenue, Portland, OR 97203, Phone: 503-705-5275

2. **Atlantic Diving Supply, Inc.**,  Attn: Kay J. Dunn Jr., 621 Lynnhaven Parkway, Suite 400, Virginia Beach, VA 23452, Phone: 757-416-6369

3. **Milliken & Company,** Attn: Gerard Murphy, P.O. Box 1926, M149, Spartanburg, SC 29304-1926, Phone: 864-503-1350, Fax: 864-503-6866

4. **MMI Textiles, Inc.,** Attn: Amy Bircher, 29260 Clemens Rd, Westlake, OH 44145, Phone: 440-899-8050, Fax: 440-899-8055

5. **SSM Industries, Inc.,** Attn: Anita Hostetler, P.O. Box 602, Spring City, TN 37381, Phone: 423-365-2426, Fax: 423-365-2185

6. **Southern Mills, Inc., d/b/a Tencate Protective Fabrics,** Attn: Bradley Reynolds, 365 South Holland Drive, Pendergrass, GA 30567, Phone: 706-693-1776

ANDREW R. VARA
Acting United States Trustee, Region 3

 /s/ *Richard Schepacarter* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: August 14, 2017

Attorney assigned to this Case: Richard L. Schepacarter, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: David M. Klauder, Esq., Phone: (302) 803-4600, Fax: (302) 397-2557

**\*Diversitex Inc. resigned from the Committee on August 12, 2017**