**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SHORT BARK INDUSTRIES, INC., *et al.*[1] | Case No. 17 − 11502 (KG) |
| Debtor. | Jointly Administered |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**SHORT BARK INDUSTRIES, INC. (CASE NO. 17-11502 (KG))**

---

[1] The Debtors in these jointly administered cases are Short Bark Industries, Inc. (Tax ID: 5657) and EXO SBI, LLC (Tax ID: 0695).

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Short Bark, Inc. ("SBI") and its debtor affiliates in the above-captioned chapter 11 cases (collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (each, a "Schedule" and, collectively, the "Schedules") and Statement of Financial Affairs (each, a "Statement" or "SOFA" and, collectively, the "Statements" or "SOFAs") in the Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statements of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules and Statements (collectively, the "Global Notes") pertain to, and are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. These Global Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

The Debtors' management prepared the Schedules and Statements with the assistance of their advisors and other professionals. The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors' management team and advisors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances; however, subsequent information or discovery may result in material changes to the Schedules and Statements and errors or omissions may exist. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update the Schedules and Statements.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification, identity of debtor, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules or Statements shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

**The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

1.      **Description of the Cases.** On July 10, 2017 (the "<u>Petition Date</u>"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On October 6, 2016, the Bankruptcy Court entered an order authorizing the joint administration of the Debtors' cases for procedural purposely only pursuant to Bankruptcy Rule 1015(b).

2.      **Basis of Presentation.** The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on an unconsolidated basis. These Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("<u>GAAP</u>"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

The Debtors attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the applicable Debtor entity. However, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and amend the Schedules and Statements in this regard.

Given, among other things, the uncertainty surrounding the valuation of certain assets and liabilities, a Debtor may report more assets than liabilities. Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time before or after the Petition Date. Likewise, a Debtor's reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or any time before or after the Petition Date.

3.      **Reporting Date.** Unless otherwise noted in the specific responses, the Schedules and Statements reflect the Debtors' books and records as of the close of business on July 7, 2017. The liability values are as of the Petition Date, and have not been adjusted for authorized payments made under the First Day Orders (as defined below) as further discussed in Paragraph 14 below.

4.      **Current Values.** The assets and liabilities of each Debtor are listed on the basis of the book value of the asset or liability in the respective Debtor's accounting books and records. Unless otherwise noted, the carrying value on the Debtor's books, rather than the current market value, is reflected in the Schedules and Statements.

5.      **Confidentiality.** There may be instances where certain information is not included due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or to protect the privacy of an individual. The omissions are limited to only what is necessary to protect the Debtor or a relevant third party and will provide interested parties with sufficient information to discern the nature of the listing.

6.     **Consolidated Entity Accounts Payable and Disbursement Systems.** As described in the Cash Management Motion,[2] the Debtors utilize an integrated, centralized cash management system, in the ordinary course of business, to collect, concentrate, and disburse funds generated by their operations (the "Cash Management System"). The Debtors maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts. To the extent possible, the Debtors have deconsolidated this information for the debtor affiliates.  The Debtors reserve the right to revise or amend the schedules as necessary for further corrections.

7.     **Accuracy.** The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

8.     **Net Book Value of Assets.** In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets. As such, wherever possible, unless otherwise indicated, net book values as of Petition Date are presented. When necessary, the Debtors have indicated that the value of certain assets is "Unknown." Amounts ultimately realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements.

9.     **Unknown Amounts.** Claim amounts that could not readily be quantified by the Debtors are scheduled as "unknown." The description of an amount as "unknown" is not intended to reflect upon the materiality of the amount.

10.     **Excluded Assets and Liabilities.** The Debtors believe that they have identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules. The Debtors have excluded the following items which may be excluded in their GAAP financial statements from the Schedules: certain accrued liabilities, including, without limitation, accrued salaries, employee benefit accruals, and certain other accruals, certain pre-paid and other current assets considered to have no market value. Other immaterial assets and liabilities may also have been excluded.

11.     **Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have been sold, abandoned, or terminated, or otherwise have expired by their terms, or have been assigned or

---

[2] Motion of Debtors for Interim and Final Authority to (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Business Forms and Checks, (B) Authorizing the Continued Use of Existing Cash Management Systems, and (C) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(B) (the "Cash Management Motion") [Docket No. 6].

otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtors reserve all of their rights as to the legal status of all intellectual property rights.

**12.**     **Totals.** All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.

**13.**     **Currency.** All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

**14.**     **Payment of Prepetition Claims Pursuant to First Day Orders.** Within the first two days of the Debtors' chapter 11 cases, the Bankruptcy Court entered orders (the "First-Day Orders") authorizing, but not directing, the Debtors to, among other things, pay certain prepetition (i) service fees and charges assessed by the Debtors' banks and debit and credit card companies; (ii) insurance obligations; (iii) customer programs obligations; (iv) employee wages, salaries, and other employee-related obligations; and (v) certain taxes, fees, and other assessments. Where the Schedules and Statements list creditors and set forth the Debtors' scheduled amounts attributable to such claims, such scheduled amounts reflect balances owed as of the Petition Date. The Debtors reserve the right to update the Schedules and Statements to reflect payments made pursuant to the First-Day Orders once those payments have been finalized and cleared.

**15.**     **Other Paid Claims.** To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Debtors' Schedules and Statements, and shall be enforceable by all parties, subject to Bankruptcy Court approval. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

**16.**     **Setoffs.** The Debtors may incur certain setoffs from customers and suppliers in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, customer programs, returns, warranties, refunds, and other disputes between the Debtors and their customers and/or suppliers. These routine setoffs are consistent with the ordinary course of business in the Debtors' industry, and, therefore, can be particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document. Although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary-course setoffs are not independently accounted for, and, as such, are excluded from the Debtors' Schedules and Statements. We note the Statement of Financial Affairs lists two offsets where creditors have held back revenue due to the Debtors to be applied against accounts payable.

These offsets are not ordinary course.  Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.

17.    **Debtors' Reservation of Rights.** Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including, but not limited to, the following:

a.    Any failure to designate a claim listed on the Debtors' Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on its Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

b.    The listing of a claim (i) on Schedule D as "secured," (ii) on Schedule E/F (Part 1) as "priority," (iii) on Schedule E/F (Part 2) as "unsecured priority," or (iv) listing a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection, or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

c.    In the ordinary course of their business, the Debtors may lease equipment from certain third-party lessors for use in the daily operation of their businesses. Any such leases are set forth in Schedule G and any current amounts due under such leases that were outstanding as of the Petition Date is listed on Schedule E/F. The property subject to any of such leases is not reflected in either Schedule A/B as either owned property or assets of the Debtors nor is such property or assets of third parties within the control of the Debtors. Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including the recharacterization thereof.

d.    The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

e.      The Debtors' businesses are part of a complex enterprise. Although the Debtors have exercised their reasonable efforts to ensure the accuracy of their Schedules and Statements, they nevertheless may contain errors and omissions. The Debtors hereby reserve all of their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases set forth on the Debtors' Schedules and Statements, and to amend and supplement the Schedules and Statements as necessary.

f.      The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including, but not limited to, the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

g.      Listing a contract or lease on the Debtors' Schedules and Statements shall not be deemed an admission that such contract is an executory contract, such lease is an unexpired lease, or that either necessarily is a binding, valid, and enforceable contract. The Debtors hereby expressly reserve the right to assert that any contract listed on the Debtors' Schedules and Statements does not constitute an executory contract within the meaning of section 365 of the Bankruptcy Code, as well as the right to assert that any lease so listed does not constitute an unexpired lease within the meaning of section 365 of the Bankruptcy Code.

**18.     Global Notes Control.** In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

**Fill in this information to identify the case:**

Debtor name   **Short Bark Industries, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **17-11502 (KG)**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 15, 2017**          X **/s/ Mark Iammartino**
                                         Signature of individual signing on behalf of debtor

                                         **Mark Iammartino**
                                         Printed name

                                         **Chief Restructuring Officer**
                                         Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re    **Short Bark Industries, Inc.**                                    Case No.    **17-11502 (KG)**

Debtor(s)                                          Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 50,000.00 |
    | Prior to the filing of this statement I have received | $ | 50,000.00 |
    | Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ☐ Debtor      ■ Other (specify):      **Unequal, Inc.**

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 15, 2017**

*Date*

/s/ David M. Klauder

**David M. Klauder**
*Signature of Attorney*
**Bielli & Klauder, LLC**
**1204 N. King St.**
**Wilmington, DE 19801**
**302-803-4600  Fax: 302-397-2557**
**dklauder@bk-legal.com**
*Name of law firm*

---

**Fill in this information to identify the case:**

Debtor name    **Short Bark Industries, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **17-11502 (KG)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $      0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $      6,080,622.69

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $      6,080,622.69

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $      17,050,899.96

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $      471,151.12

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$      6,648,283.75

4.  Total liabilities ........................................................................................
   Lines 2 + 3a + 3b

   $      24,170,334.83

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Short Bark Industries, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known)     **17-11502 (KG)**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.     **Cash on hand**     **Unknown**

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Peoples Bank of East Tennessee** | **Checking** | **1451** | $50,834.70 |
| 3.2. | **Banco Popular** | **Checking** | **9622** | $790.09 |
| 3.3. | **First Bank** | **Checking** | **3765** | $6,251.39 |
| 3.4. | **First Bank** | **Checking** | **3754** | $763.66 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$58,639.84

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Short Bark Industries, Inc.**                    Case number *(If known)* **17-11502 (KG)**
Name

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

   7.1.  **Deposit with PRIDCO for rent**                                        $22,710.87

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

   8.1.  **Prepayment to Puerto Rico Insurance**                                  $7,070.07

   8.2.  **Prepayment  for license agreement to UnEqual, Inc.**                 $100,000.00

   8.3.  **Puerto Rico workers compensation credit**                             $27,661.02

9.  **Total of Part 2.**                                                    $157,441.96
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

   11a. 90 days old or less:       1,848,946.80    -              0.00  = ....    $1,848,946.80
                                   face amount              doubtful or uncollectible accounts

   11b. Over 90 days old:            26,873.89    -              0.00  =....       $26,873.89
                                   face amount              doubtful or uncollectible accounts

12. **Total of Part 3.**                                                    $1,875,820.69
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Short Bark Industries, Inc.**                                  Case number *(If known)*  **17-11502 (KG)**
         <sub>Name</sub>

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>Raw materials | **12/31/2016** | **$666,394.33** | **Standard cost** | **$666,394.33** |
| 20. | **Work in progress**<br>WiP goods | **12/31/2016** | **$298,529.94** | **Standard cost** | **$298,529.94** |
| 21. | **Finished goods, including goods held for resale**<br>Finished goods | **12/31/2016** | **$1,226,105.31** | **Standard cost** | **$1,226,105.31** |
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.                      **$2,191,029.58**

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ■ Yes. Book value          **645387**  Valuation method    **Standard cost**  Current Value          **645387**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 39. | **Office furniture**<br>Various office furniture | | **$9,128.02** | **SL Depreciation** | **$9,128.02** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and**
    **communication systems equipment and software**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Short Bark Industries, Inc.** | | Case number *(If known)* | **17-11502 (KG)** |
|---|---|---|---|---|
| | Name | | | |

| **Various office equipment** | **$6,231.75** | **SL Depreciation** | **$6,231.75** |
|---|---|---|---|

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | **$15,359.77** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2005 Lexus LX470 SUV** | **$0.00** | **SL Depreciation** | **$10,000.00** |
| 47.2. **2000 International 4700 Box Truck** | **$0.00** | **SL Depreciation** | **$3,000.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Machinery and plant equipment (sewing and related machinery, heat presses, air compressors, etc)** | **$1,756,014.73** | **SL Depreciation** | **$1,756,014.73** |
|---|---|---|---|

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | **$1,769,014.73** |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 4 |
|---|---|---|

Debtor **Short Bark Industries, Inc.**

Name

Case number *(If known)* **17-11502 (KG)**

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **Operations - Parque Industrial Cienaga Carr. 332 km 0.4 Lot #7, Guanica PR 00653 - 22,656.2 sqft** | Leasehold | $0.00 | | $0.00 |
| 55.2. | **Operations - Parque Industrial Cienaga Carr. 332 km 0.4 Lot #3, Guanica PR 00653 - 22,656.2sqft** | Leasehold | $0.00 | | $0.00 |
| 55.3. | **Operations and Warehouse - Parque Industrial Carenero Rd.333 km 0.3, Guanica PR 00653 - 73,326.04sqft** | Leasehold | $0.00 | | $0.00 |
| 55.4. | **Warehouse - Mr. Special de Hormigueros, Carretera # 2 Hormigueros P.R. 00660 - 4,500sqft** | Leasehold | $0.00 | | $0.00 |
| 55.5. | **Headquarters - 139 Grand Vista Dr, Vonore, TN 37885 - 8,028sqft** | Leasehold | $0.00 | | $0.00 |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Short Bark Industries, Inc.** | Case number *(If known)* **17-11502 (KG)** |
|---|---|---|
| | Name | |

■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

| **Employee receivable** | **13,316.12** - | **0.00** = | **$13,316.12** |
|---|---|---|---|
| | Total face amount | doubtful or uncollectible amount | |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| **NOL refund for State of Florida** | Tax year **2012-2015** | **Unknown** |
|---|---|---|
| **NOL refund for State of Tennessee** | Tax year **2011-2016** | **Unknown** |
| **NOL refund for United States Federal Taxes** | Tax year **2009-2016** | **Unknown** |
| **NOL refund for Puerto Rico exempt operations** | Tax year **2014-2016** | **Unknown** |
| **NOL refund for Puerto Rico non-exempt operations** | Tax year **2014-2016** | **Unknown** |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| **Claim against Warmkraft, Inc.** | **Unknown** |
|---|---|
| Nature of claim | **Damaged goods** |
| Amount requested | **$0.00** |

Debtor    **Short Bark Industries, Inc.**
           Name
Case number *(If known)*  **17-11502 (KG)**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                              |  **$13,316.12**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

Debtor    **Short Bark Industries, Inc.**
Name
Case number *(If known)*  **17-11502 (KG)**

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $58,639.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $157,441.96 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,875,820.69 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,191,029.58 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,359.77 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,769,014.73 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $13,316.12 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,080,622.69 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $6,080,622.69 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **Short Bark Industries, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known)     **17-11502 (KG)**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  AXIS Capital, Inc.**<br>Creditor's Name<br><br>**308 N. Locust St., Ste 100**<br>**Grand Island, NE 68801**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**6/2016-11-2016**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Equipment**<br><br><br><br>Describe the lien<br>**Lien based on equipment provided**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$27,015.00** | **Unknown** |
| **2.2  Donald Haviland, Esq.**<br>Creditor's Name<br><br>**341 Whitemarsh Valley Rd.**<br>**Fort Washington, PA 19034**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2014-2017**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**(subordinate to LSQ Funding Group, L.C. and AXIS Capital, Inc.)**<br><br><br>Describe the lien<br>**Lien based on Note**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | **$680,133.56** | **Unknown** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Short Bark Industries, Inc.** | Case number (if know) | **17-11502 (KG)** |
|---|---|---|---|
| | Name | | |

■ No
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor,
including this creditor and its
relative
priority.

---

| 2.3 | **Global Enterprises Co., Ltd.** | Describe debtor's property that is subject to a lien | $3,165,350.30 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Shia Bian No. 91, Zao
Shang Ind.
Wetang District,
Dongcheng, D
China 52312**

**(subordinate to LSQ Funding Group, L.C. and
AXIS Capital, Inc.)**

Creditor's mailing address

**Describe the lien**

**Judgment lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**1/2016-8/2016**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Jerry Armstrong
Consulting LLC** | Describe debtor's property that is subject to a lien | $1,199,314.90 | Unknown |
|---|---|---|---|---|

Creditor's Name

**241 N George St., Apt. 30
York, PA 17401**

**(subordinate to LSQ Funding Group, L.C. and
AXIS Capital, Inc.)**

Creditor's mailing address

**Describe the lien**

**Lien based on note**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2014-2017**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **LSQ Funding Group, L.C.** | Describe debtor's property that is subject to a lien | $9,828,366.54 | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o Gary Soles, Esquire
Lowndes, Drosdick,
Doster, Kantor & Reed
215 N. Eola Dr.
Orlando, FL 32801**

**All assets of the Debtor**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Short Bark Industries, Inc.** | Case number (if know) | **17-11502 (KG)** |
|---|---|---|---|
| | Name | | |

---

Creditor's mailing address

**Describe the lien**
**Secured lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Peoples Bank of East Tennessee** | **Describe debtor's property that is subject to a lien** | $78,414.09 | Unknown |
|---|---|---|---|---|

Creditor's Name

**4511 Hwy. 411**
**Madisonville, TN 37354**
Creditor's mailing address

**(subordinate to LSQ Funding Group, L.C. and AXIS Capital, Inc.)**

**Describe the lien**
**Lien based on note**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**2013-2017**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Tapecraft** | **Describe debtor's property that is subject to a lien** | $266,815.65 | Unknown |
|---|---|---|---|---|

Creditor's Name

**PO Box 2027**
**Anniston, AL 36202**
Creditor's mailing address

**(subordinate to LSQ Funding Group, L.C. and AXIS Capital, Inc.)**

**Describe the lien**
**Lien based on materials provided**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**6/2016-11/2016**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | Short Bark Industries, Inc. | Case number (if know) | 17-11502 (KG) |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.8 | **VI Capital Company** | Describe debtor's property that is subject to a lien | $1,805,489.92 | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**(subordinate to LSQ Funding Group, L.C. and AXIS Capital, Inc.)**

**143 Viburnum Dr.**
**Kennett Square, PA 19348**

Creditor's mailing address

**Describe the lien**
**Lien based on note**
**Is the creditor an insider or related party?**

- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2014-2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $17,050,899.96 |
|---|---|---|

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Gary Soles, Esquire**<br>**Lowndes, Drosdick, Doster, Kantor & Reed**<br>**215 N. Eola Dr.**<br>**Orlando, FL 32801** | Line  **2.5** | |
| **Morton R. Branzburg, Esquire**<br>**Klehr Harrison Harvey Branzburg**<br>**1835 Market Street, Suite 1400**<br>**Philadelphia, PA 19103** | Line  **2.5** | |

---

**Fill in this information to identify the case:**

Debtor name    **Short Bark Industries, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **17-11502 (KG)**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Broward County Tax Collector**<br>**Governmental Center Annex**<br>**115 S. Andrews Ave., Room #A100**<br>**Fort Lauderdale, FL 33301-1895** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Real estate taxes** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Centro De Recaudaciones de Ingresos**<br>**P.O. Box 195387**<br>**San Juan, PR 00919-5387** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100,838.80** | **$10,838.80** |
|  | Date or dates debt was incurred<br>**2013-2015** | Basis for the claim:<br>**Taxes owed pursuant to agreement** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    45989    Best Case Bankruptcy

| Debtor | **Short Bark Industries, Inc.** | Case number (if known) | **17-11502 (KG)** |
|---|---|---|---|
| | Name | | |

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,500.00 | $11,500.00

**Centro De Recaudaciones de Ingresos**
**P.O. Box 195387**
**San Juan, PR 00919-5387**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Property taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Delaware Division of Corporations**
**John G. Townsend Building**
**401 Federal St., Suite 4**
**Dover, DE 19901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19114-0326**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $442.31 | $442.31

**Municipio de Guanica**
**Departments de Finanzas**
**PO Box 785**
**Guanica, PR 00653-0785**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**Volume of business taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Short Bark Industries, Inc.** | Case number (if known) | **17-11502 (KG)** |
|---|---|---|---|
| | Name | | |

---

**2.7** | Priority creditor's name and mailing address
**Various Employees**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$177,843.66     $177,843.66

Date or dates debt was incurred
**7/2017**

Basis for the claim:
**Pre-petition wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address
**Various Employees**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$180,526.35     $96,386.42

Date or dates debt was incurred

Basis for the claim:
**Employees' accrued vacation time**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**AAA**
**PO Box 70101**
**San Juan, PR 00936-8100**

Date(s) debt was incurred  6/2017-7/2017
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

$6,438.64

---

**3.2** | Nonpriority creditor's name and mailing address
**ADP**
**PO Box 842875**
**Boston, MA 02284**

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payroll services**

Is the claim subject to offset? ■ No  ☐ Yes

$4,302.19

---

**3.3** | Nonpriority creditor's name and mailing address
**AEE**
**PO Box 363508**
**San Juan, PR 00936**

Date(s) debt was incurred  7/2017
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

$1,561.24

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

| Debtor | **Short Bark Industries, Inc.** | Case number (if known) | **17-11502 (KG)** |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,420.52**

**AGMA Security Services**
**Estancias de Miramar**
**103 Calle Tenerife**
**Cabo Rojo, PR 00623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Security services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**American & Efird, Inc.**
**PO Box 741988**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9.46**

**Angel S. Ramirez Ojeda**
**139 Grand Vista Drive**
**Vonore, TN 37885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2017**

**Basis for the claim:**  **Reimbursable expense**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$455.89**

**AT&T**
**PO Box 105262**
**Atlanta, GA 30348-5262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2017**

**Basis for the claim:**  **Phone services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$709,063.47**

**Atlantic Diving Supply, Inc.**
**621 Lynnhaven Pkwy., Ste. 400**
**Virginia Beach, VA 23453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2016-4/2017**

**Basis for the claim:**  **Materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$203.15**

**Bayamon Sewing Maching and Supply Corp.**
**Calle Comerio #433**
**Bayamon, PR 00959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2017**

**Basis for the claim:**  **Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,323.12**

**BCB International Ltd.**
**60 East South Temple, Suite 1000**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalty dispute**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Short Bark Industries, Inc.** | Case number *(if known)* | **17-11502 (KG)** |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address

**Bee.net Internet Services**
64 E. Uwchlan Ave.
Exton, PA 19341-1203

Date(s) debt was incurred  **7/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet services**

Is the claim subject to offset? ■ No ☐ Yes

**$36.72**

---

**3.12** | Nonpriority creditor's name and mailing address

**Blueair Enterprises Corp.**
c/o Jose Gomez
PO Box 1683
Yauco, PR 00698

Date(s) debt was incurred  **2/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Repair**

Is the claim subject to offset? ■ No ☐ Yes

**$72.80**

---

**3.13** | Nonpriority creditor's name and mailing address

**Bornquen Container Group**
PO Box 145170
Arecibo, PR 00614

Date(s) debt was incurred  **4/2017-6/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No ☐ Yes

**$17,432.89**

---

**3.14** | Nonpriority creditor's name and mailing address

**Carter Enterprises, LLC**
4610 12th Ave.
Brooklyn, NY 11219

Date(s) debt was incurred  **6/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer/material supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$22,477.18**

---

**3.15** | Nonpriority creditor's name and mailing address

**Claro**
PO Box 70366
San Juan, PR 00936-8366

Date(s) debt was incurred  **6/2017-7/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Telephone services**

Is the claim subject to offset? ■ No ☐ Yes

**$865.26**

---

**3.16** | Nonpriority creditor's name and mailing address

**CN Clark Company**
PO Box 16785
Chapel Hill, NC 27516

Date(s) debt was incurred  **5/2017-6/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No ☐ Yes

**$3,551.49**

---

**3.17** | Nonpriority creditor's name and mailing address

**Consolidated Waste Services**
PO Box 366518
San Juan, PR 00936

Date(s) debt was incurred  **4/2017-7/2017**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Waste removal services**

Is the claim subject to offset? ■ No ☐ Yes

**$22,178.62**

---

| Debtor | **Short Bark Industries, Inc.** | Case number *(if known)* | **17-11502 (KG)** |
|---|---|---|---|
| | Name | | |

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,517.99**

**Copamarina Beach RE**
**PO Box 805**
**Guanica, PR 00653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2017**

Basis for the claim: **Lodging**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,950.00**

**Corporacion Del Fondo Del Seguro Del Est**
**PO Box 330949**
**Ponce, PR 00733-0949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2017**

Basis for the claim: **Workers compensation**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,645.20**

**DC Holdings, LLC**
**146 Dagwood Road.**
**Leominster, MA 01453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/2017-7/2017**

Basis for the claim: **Consulting/Professional Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,045,743.35**

**Diversitex, Inc.**
**PO Box 88926**
**Chicago, IL 60695-1926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Materials**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$189.75**

**FedEx**
**PO Box 660481**
**Dallas, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/2017**

Basis for the claim: **Mail services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,650.10**

**FedEx Freight**
**Dept. Ch.**
**PO Box 10306**
**Palatine, IL 60055-0306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/2017-7/2017**

Basis for the claim: **Freight**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55.00**

**Foothills Pest Control**
**6416 Oris Miller Road**
**Maryville, TN 37801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/2017**

Basis for the claim: **Pest control services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Short Bark Industries, Inc.** | | Case number (if known) | **17-11502 (KG)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.14** |
|---|---|---|---|
| | **Gerber Technology** <br> PO 95065 <br> Chicago, IL 60694-5060 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **License** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Global Cases USA, LLC** <br> c/o Paul Conable, Esq. <br> Tonkon Torp LLP <br> 1600 Pioneer Tower, 888 SW Fifth Ave. <br> Portland, OR 97204 | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$151,657.18** |
|---|---|---|---|
| | **Global Precision Systems, LLC** <br> 4600 Debarr Rd., Ste. 200 <br> Anchorage, AK 99508 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  **2014** | Basis for the claim:  **Services performed** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,705.70** |
|---|---|---|---|
| | **Harwitt Industries** <br> 61 S. Main St. <br> Freeport, NY 11520 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  **5/2017-6/2017** | Basis for the claim:  **Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,342.44** |
|---|---|---|---|
| | **Hawk Protection Inc.** <br> 8362 Pines Blvd., Ste. 289 <br> Pembroke Pines, FL 33024 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  **6/2012-7/2017** | Basis for the claim:  **Royalty agreement** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,496.91** |
|---|---|---|---|
| | **Hayne Surridge Company** <br> 1901 Pine St. <br> Saint Louis, MO 63103 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  **5/2016-10/2016** | Basis for the claim:  **Materials** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,172.46** |
|---|---|---|---|
| | **In-Style Software Inc.** <br> 5249 Oak Meadow Dr. <br> Santa Rosa, CA 95401 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred  **6/2017-7/2017** | Basis for the claim:  **Software** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Short Bark Industries, Inc.** | Case number (if known) | **17-11502 (KG)** |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$954,830.95**

**Indian Creek Investment**
**140 Ganega Trail**
**Vonore, TN 37885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2013-2017__

Basis for the claim:  __Note payable__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$205.44**

**Infinite Conferencing, Inc.**
**PO Box 836**
**Short Hills, NJ 07078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __6/2017__

Basis for the claim:  __Utilities__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,200.00**

**Infrared Tools LLC**
**2147 Priest Bridge Dr.**
**Ste. 9**
**Crofton, MD 21114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __5/2017__

Basis for the claim:  __Materials__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$108,000.00**

**IRS**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19114-0326**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __5/2015-7/2017__

Basis for the claim:  __Affordable Care Act penalty__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8.46**

**Ismael Negron Casiano**
**139 Grand Vista Drive**
**Vonore, TN 37885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __3/2017__

Basis for the claim:  __Reimbursable employee expense__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$460.52**

**Loudon Utilities**
**PO Box 69**
**Loudon, TN 37774-0069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __6/2017__

Basis for the claim:  __Utilities__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,945.62**

**Lowell Russell**
**104 Corntassel Rd.**
**Vonore, TN 37885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2014-2017__

Basis for the claim:  __Note payable__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Short Bark Industries, Inc.** | Case number (if known) | **17-11502 (KG)** |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Marisleny Ramos-Rodriguez**
**c/o Jason S. Remer, Esq.**
**Remer & Geordes-Pierre**
**44 West Flagler Street, Suite 2200**
**Miami, FL 33130**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Wrongful termination claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$291.00** |
|---|---|---|---|

**Mayaguez Sewing Services**
**256 Calle Margarita Viella**
**Mayaguez, PR 00680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2017**

Basis for the claim:  **Sewing services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,556.00** |
|---|---|---|---|

**Miami Thread**
**100 Mill St.**
**PO Box 3166**
**Drexel, NC 28619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2017-6/2017**

Basis for the claim:  **Thread**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$968.10** |
|---|---|---|---|

**Mike Slate**
**8837 Sandy Crest Ln.**
**Boynton Beach, FL 33437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2017**

Basis for the claim:  **Consulting services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$549,699.31** |
|---|---|---|---|

**Millken & Company**
**PO Box 780715**
**Philadelphia, PA 19178-0715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2017-6/2017**

Basis for the claim:  **Materials**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$490,264.68** |
|---|---|---|---|

**MMI Textiles, Inc.**
**29260 Clemens Rd., Bldg. II**
**Ste. B**
**Westlake, OH 44145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2016-10/2016**

Basis for the claim:  **Materials**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,575.25** |
|---|---|---|---|

**National Corporate Research, LTD**
**10 E 40th St., 10th Fl.**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2016**

Basis for the claim:  **Professional services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Short Bark Industries, Inc.** | Case number *(if known)* | **17-11502 (KG)** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Natural G.C.**<br>**PO Box 21371**<br>**San Juan, PR 00928**<br><br>Date(s) debt was incurred  **7/2017**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Utilities**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$356.46** |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Norman Roquette Inc.**<br>**PO Box 912**<br>**Saint Just, PR 00978-0912**<br><br>Date(s) debt was incurred  _<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Supplies**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$9,163.47** |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Old Dominion Freight**<br>**PO Box 198475**<br>**Atlanta, GA 30384-8475**<br><br>Date(s) debt was incurred  **5/2017-7/2017**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Freight**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$41,869.36** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Pine Belt Processing, Inc.**<br>**PO Box 557**<br>**Taylorsville, MS 39168**<br><br>Date(s) debt was incurred  **3/2017-6/2017**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Finished goods services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$152,583.68** |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Point Blank Enterprises**<br>**2102 SW Second St.**<br>**Pompano Beach, FL 33069**<br><br>Date(s) debt was incurred  **7/2014-7/2017**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Royalty settlement**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$91,666.00** |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Portalatin Extermina**<br>**PO Box 403**<br>**Cabo Rojo, PR 00623**<br><br>Date(s) debt was incurred  **6/2017**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Utilities**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$300.00** |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Premsco, Inc.**<br>**PO Box 195117**<br>**San Juan, PR 00919-5117**<br><br>Date(s) debt was incurred  **6/2017**<br><br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Supplies**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$568.65** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Short Bark Industries, Inc.** | Case number *(if known)* | **17-11502 (KG)** |
|---|---|---|---|
| | Name | | |

---

**3.53**

**Nonpriority creditor's name and mailing address**

**Propper International**
**17 Research Park Dr., Ste. 100**
**Saint Charles, MO 63304**

Date(s) debt was incurred  2/2016-7/2017

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,463.35**

---

**3.54**

**Nonpriority creditor's name and mailing address**

**QST Industries, Inc.**
**550 West Adams St., Ste. # 200**
**Chicago, IL 60661**

Date(s) debt was incurred  7/2017

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No  ☐ Yes

**$42.00**

---

**3.55**

**Nonpriority creditor's name and mailing address**

**Robeson Sewing Machine Company**
**PO BOX 306007**
**Nashville, TN 37230-6000**

Date(s) debt was incurred  8/2015-9/2016

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sewing equipment**

Is the claim subject to offset? ■ No  ☐ Yes

**$208,527.30**

---

**3.56**

**Nonpriority creditor's name and mailing address**

**RR Group PSC**
**PMB 146**
**405 Esmeralda Ave.**
**Guaynabo, PR 00969**

Date(s) debt was incurred  6/2017-7/2017

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting services**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,673.33**

---

**3.57**

**Nonpriority creditor's name and mailing address**

**Schuster Aguilo, LLC**
**PO Box 363128**
**San Juan, PR 00936-3120**

Date(s) debt was incurred  6/2017

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,003.04**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**SML (USA) Inc.**
**5 Penn Plaza**
**15th Fl.**
**New York, NY 10001**

Date(s) debt was incurred  3/2017-4/2017

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,795.76**

---

**3.59**

**Nonpriority creditor's name and mailing address**

**Sonya Dockery**
**139 Grand Vista Drive**
**Vonore, TN 37885**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

**$47.96**

---

| Debtor | **Short Bark Industries, Inc.** | | Case number (if known) | **17-11502 (KG)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$51,005.21**

**Southeast Freight Lines, Inc.**
**PO Box 100104**
**Columbia, SC 29202-3104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/2016-10/2016

**Basis for the claim:  Freight**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$292,317.99**

**SSM Industries**
**211 Ellis Ave.**
**Spring City, TN 37381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/2016-6/2017

**Basis for the claim:  Materials**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$321,772.06**

**Steven Crandall**
**139 Grand Vista Dr.**
**Vonore, TN 37885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2014-2017

**Basis for the claim:  Notes payable**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,473.33**

**TDS Telecom**
**PO Box 94510**
**Palatine, IL 60094-4510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/2017

**Basis for the claim:  Utilities**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60.42**

**Tellico Area Services**
**PO Box 277**
**Vonore, TN 37885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/2017-7/2017

**Basis for the claim:  Utilities**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$225,299.23**

**Tencate Southern Mills**
**PO Box 198453**
**Atlanta, GA 30384-8450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2015-7/2017

**Basis for the claim:  Materials**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$814,269.44**

**The Safariland Group**
**3120 E. Mission Blvd.**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2015-2017

**Basis for the claim:  Note payable**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Short Bark Industries, Inc.** | Case number *(if known)* | **17-11502 (KG)** |
|---|---|---|---|
| | Name | | |

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Unique Lawn Service**
**PO Box 598**
**Tellico Plains, TN 37385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2017**

Basis for the claim:  **Landscaping**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,863.75**

**UPS**
**Lockbox 577**
**Carol Stream, IL 60132-0577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2017-7/2017**

Basis for the claim:  **Freight**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Velcro USA, Inc.**
**95 Sundial Ave.**
**Attn: Credit Department**
**Manchester, NH 03103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Materials**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$247.60**

**Verizon**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2017**

Basis for the claim:  **Telephone services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,220.35**

**Vermont Wireform, Inc.**
**PO Box 248**
**Route 110**
**Chelsea, VT 05038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2016-10/2016**

Basis for the claim:  **Materials**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,660.07**

**Warmkraft, Inc.**
**Taylorsville-Apparel**
**PO Box 557**
**Taylorsville, MS 39168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2016-10/2016**

Basis for the claim:  **Materials processing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$328.32**

**WCI OF TN Loudon**
**PO BOX 660177**
**Dallas, TX 75266-0177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2017**

Basis for the claim:  **Waster removal**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Short Bark Industries, Inc.** | Case number (if known) | **17-11502 (KG)** |
|---|---|---|---|
| | Name | | |

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.24

**William Perez Quinones**
**139 Grand Vista Drive**
**Vonore, TN 37885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2017** _

Last 4 digits of account number ___

Basis for the claim:  **Reimbursable employee expense**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,209.50

**Wimberly Lawson Wright Daves Jones PPLC**
**PO Box 2231**
**Knoxville, TN 37901-2231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2017** _

Last 4 digits of account number ___

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,724.69

**YKK**
**PO Box 100181**
**Atlanta, GA 30384-6700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2017** _

Last 4 digits of account number ___

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alberto R. Fuertes, Esq.**<br>**Fuertes & Fuertes Law Offices**<br>**PMB-191 PO Box 194000**<br>**San Juan, PR 00919-4000** | Line **3.4**<br><br>☐ Not listed. Explain ___ | _ |
| 4.2 | **Brian T. Moore, Esq.**<br>**Drew Eckl & Farnham, LLP**<br>**PO Box 7600**<br>**Atlanta, GA 30357-0600** | Line **3.60**<br><br>☐ Not listed. Explain ___ | _ |
| 4.3 | **Matt Chiricosta, Esq.**<br>**Calfee, Halter & Griswold LLP**<br>**1405 East Sixth St.**<br>**OH 44014** | Line **3.44**<br><br>☐ Not listed. Explain ___ | _ |
| 4.4 | **Rosenthal & Rosenthal**<br>**PO Box 88926**<br>**Chicago, IL 60695-1926** | Line **3.21**<br><br>☐ Not listed. Explain ___ | _ |

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 471,151.12 |
| 5b. Total claims from Part 2 | 5b. + | $ | 6,648,283.75 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,119,434.87 |

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 14 of 14

**Fill in this information to identify the case:**

Debtor name    **Short Bark Industries, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **17-11502 (KG)**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Ballistic Combat Shirt award and statement of work** | |
| State the term remaining — **n/a** | |
| List the contract number of any government contract — **W91CRB-15-D-0025-P0 0001** | **ACC-APG-W91CRB**<br>**4310 Boothby Hill Ave.**<br>**Aberdeen Proving Ground, MD 21005-3013** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment financing agreement #925889-1 - Tables** | |
| State the term remaining — **7 months** | |
| List the contract number of any government contract | **AXIS Capital, Inc.**<br>**308 N. Locust St., Ste 100**<br>**Grand Island, NE 68801** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment financing agreement #929541 - August Industries - (4) Barudan Bensme-YN-20** | |
| State the term remaining — **9 months** | |
| List the contract number of any government contract | **AXIS Capital, Inc.**<br>**308 N. Locust St., Ste 100**<br>**Grand Island, NE 68801** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment financing agreement #929664 - Maxwell Warehouse - (2) 15 Head Tajima Embroidery** | |
| State the term remaining — **9 months** | |
| List the contract number of any government contract | **AXIS Capital, Inc.**<br>**308 N. Locust St., Ste 100**<br>**Grand Island, NE 68801** |

Debtor 1    **Short Bark Industries, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*    **17-11502 (KG)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Confidential settlement and license agreement** | |
|---|---|---|---|
| | State the term remaining | **n/a (renews automatically each year)** | **BCB International Limted** |
| | | | **Clydesmuir Rd, Ind Estate** |
| | List the contract number of any government contract | | **Cardiff, CF24 2QS** |
| | | | **United Kingdom** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Confidentiality and NDA** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Brian Abrams** |
| | List the contract number of any government contract | | **47205 294th Ave. SE** |
| | | | **Enumclaw, WA 98022** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Puerto Rico Industrial Tax Exemption Grants for income, real property taxes, and personal property taxes** | |
|---|---|---|---|
| | State the term remaining | | **Commonwealth of Puerto Rico** |
| | | | **Department of State** |
| | List the contract number of any government contract | | **Office of Industrial Tax Exemption** |
| | | | **355 Av. Franklin Delano Roosevelt** |
| | | | **San Juan, PR 00918** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting services** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **DC Holdings, LLC** |
| | List the contract number of any government contract | **K17-003B** | **146 Dogwood Road** |
| | | | **Leominster, MA 01453** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Award and statement of work (ACU)** | |
|---|---|---|---|
| | State the term remaining | **Expires 3/5/2018 (with maximum extension)** | **DLA Troop Support** |
| | List the contract number of any government contract | **SPM1C1-13-D-1030** | **700 Robbins Ave.** |
| | | | **Philadelphia, PA 19111** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Award and statement of work (MCCUU & ANA)** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/3/2017** | **DLA Troop Support** |
| | | | **700 Robbins Ave.** |
| | | | **Philadelphia, PA 19111** |

| Debtor 1 | **Short Bark Industries, Inc.** | | | Case number *(if known)* | **17-11502 (KG)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | **SPM1C1-13-D-1005** |
|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Confidentiality and NDA** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Further Designs, LLC**<br>**130 S. Forest St.**<br>**Bellingham, WA 98225** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Contract #40157419 for IT servicing agreement** | |
|---|---|---|---|
| | State the term remaining | **11 months** | **Gerber Technology**<br>**PO 95065**<br>**Chicago, IL 60694-5060** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **License agreement** | |
|---|---|---|---|
| | State the term remaining | **n/a (renews automatically each year)** | **Hawk Protection Inc.**<br>**8362 Pines Blvd., Ste. 289**<br>**Pembroke Pines, FL 33084** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Servicing agreement for copier** | |
|---|---|---|---|
| | State the term remaining | **4 months (renewable annually)** | **Image Matters**<br>**3017 Sutherland Ave.**<br>**Knoxville, TN 37919** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Software for Debtor's use** | |
|---|---|---|---|
| | State the term remaining | | **In-Style Software Inc.**<br>**5249 Oak Meadow Dr.**<br>**Santa Rosa, CA 95401** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Short Bark Industries, Inc.** | | Case number *(if known)* | **17-11502 (KG)** |
|---|---|---|---|---|
| | First Name | Middle Name Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Executive employment agreement** | |
|---|---|---|---|
| | State the term remaining | **7 years** | **Lisa Held Janke** |
| | List the contract number of any government contract | | **140 Ganega Trail** |
| | | | **Vonore, TN 37885** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Military clothing production (EFRCE)** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **MCSC PDM ICE** |
| | List the contract number of any government contract | **M67854-14-D-1010** | **2200 Lester St.** |
| | | | **Quantico, VA 22134** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Employment agreement** | |
|---|---|---|---|
| | State the term remaining | **at will** | **Michael Slate** |
| | List the contract number of any government contract | | **8837 Sandy Crest Ln.** |
| | | | **Boynton Beach, FL 33473** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Commissions agreement for consulting services** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Michael Slate/Slate Solutions, LLC** |
| | List the contract number of any government contract | | **8837 Sandy Crest Ln.** |
| | | | **Boynton Beach, FL 33473** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Technical service agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 10/14/17** | **Montana State University, MilTech** |
| | List the contract number of any government contract | **K17-003B** | **2310 University Way** |
| | | | **Bozeman, MT 59717** |

Debtor 1    **Short Bark Industries, Inc.**

First Name              Middle Name              Last Name

Case number *(if known)*    **17-11502 (KG)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Month to month lease of the real property located at Mr. Special de Hormigueros, Carretera # 2 Hormigueros P.R. 00660 (4,500 sqft) for warehouse** | |
|---|---|---|---|
| | State the term remaining | **month-to-month** | **Mr. Special Supermarket, Marina Station** |
| | List the contract number of any government contract | | **PO Box 3389** **Mayaguez, PR 00681** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Settlement agreement** | |
|---|---|---|---|
| | State the term remaining | **11 months** | **Point Blank Enterprises** |
| | List the contract number of any government contract | | **2102 SW Second St.** **Pompano Beach, FL 33069** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of real property located at  Parque Industrial Cienaga Carr. 332 km 0.4 Lot #7, Guanica PR 00653 (22,656.2 sqft) for operations** | |
|---|---|---|---|
| | State the term remaining | **15 months** | **Puerto Rico Industrial Development Co.** |
| | List the contract number of any government contract | | **PO BOX 362350** **San Juan, PR 00936-2350** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of real property located at  Parque Industrial Cienaga Carr. 332 km 0.4 Lot #3, Guanica PR 00653 (22,656.2sqft) for operations** | |
|---|---|---|---|
| | State the term remaining | **15 months** | **Puerto Rico Industrial Development Co.** |
| | List the contract number of any government contract | | **PO BOX 362350** **San Juan, PR 00936-2350** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of real property located at Parque Industrial Carenero Rd.333 km 0.3, Guanica PR 00653 (73,326.04 sqft)  for operations and warehouse** | **Puerto Rico Industrial Development Co.** **PO BOX 362350** **San Juan, PR 00936-2350** |
|---|---|---|---|

| Debtor 1 | **Short Bark Industries, Inc.** | | Case number *(if known)* | **17-11502 (KG)** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | State the term remaining | **15 months** | |
|---|---|---|---|
|  | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Communications services** | |
|---|---|---|---|
|  | State the term remaining | **8 months** | **Puerto Rico Telephone Company, Inc.** |
|  | List the contract number of any government contract | | **PO Box 360998** |
|  | | | **San Juan, PR 00936-0998** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment contract:** **Inv#22577 - SBI-PR  [4]** **US 35800DR** | |
|---|---|---|---|
|  | State the term remaining | **1 month** | **Robeson Sewing Machine Company** |
|  | List the contract number of any government contract | | **PO BOX 306007** |
|  | | | **Nashville, TN 37230-6000** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment contract:** **Inv#22593 - SBI-PR (2)** **JUKI LH-2178-7 (1)** **DURKOPP 578-114181** | |
|---|---|---|---|
|  | State the term remaining | **1 month** | **Robeson Sewing Machine Company** |
|  | List the contract number of any government contract | | **PO BOX 306007** |
|  | | | **Nashville, TN 37230-6000** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment contract:** **Inv#22600 - SBI-PR (4)** **JUKI LH-2178-7** | |
|---|---|---|---|
|  | State the term remaining | **1 month** | **Robeson Sewing Machine Company** |
|  | List the contract number of any government contract | | **PO BOX 306007** |
|  | | | **Nashville, TN 37230-6000** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment contract:** **Inv#22606 - SBI-PR  (2)** **US 51700** | |
|---|---|---|---|
|  | State the term remaining | **1 month** | **Robeson Sewing Machine Company** |
|  | List the contract number of any government contract | | **PO BOX 306007** |
|  | | | **Nashville, TN 37230-6000** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1 **Short Bark Industries, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **17-11502 (KG)**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment contract: Inv#22718 - SBI-PR (1) BRO 8737 [1] BRO 8791** | |
|---|---|---|---|
| | State the term remaining | **3 months** | **Robeson Sewing Machine Company** |
| | List the contract number of any government contract | | **PO BOX 306007 Nashville, TN 37230-6000** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment contract: Inv#22723 - SBI-PR (1) BRO B430 [1] US 56400 (1) NHG-500 (1)BRO 8842** | |
|---|---|---|---|
| | State the term remaining | **3 months** | **Robeson Sewing Machine Company** |
| | List the contract number of any government contract | | **PO BOX 306007 Nashville, TN 37230-6000** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment contract: Inv#22731 - SBI-PR (1) JUKI MB-373  [1] REECE 101-CT-CA-3/4 (1) BRO B842** | |
|---|---|---|---|
| | State the term remaining | **3 months** | **Robeson Sewing Machine Company** |
| | List the contract number of any government contract | | **PO BOX 306007 Nashville, TN 37230-6000** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment contract: Inv#22743 - SBI-PR (2) US 56400 (1) BRO B980-02** | |
|---|---|---|---|
| | State the term remaining | **4 months** | **Robeson Sewing Machine Company** |
| | List the contract number of any government contract | | **PO BOX 306007 Nashville, TN 37230-6000** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment contract: Inv#22746 - SBI-PR (1) BRO B980-2** | |
|---|---|---|---|
| | State the term remaining | **4 moths** | **Robeson Sewing Machine Company** |
| | List the contract number of any government contract | | **PO BOX 306007 Nashville, TN 37230-6000** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment contract: Inv#22751 - SBI-PR (1) BRO B980 2** | **Robeson Sewing Machine Company PO BOX 306007 Nashville, TN 37230-6000** |
|---|---|---|---|
| | State the term remaining | **4 months** | |

Debtor 1    **Short Bark Industries, Inc.**

First Name            Middle Name            Last Name

Case number *(if known)*    **17-11502 (KG)**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment contract: Inv#22772 - SBJ-PR (1) BRO 8791, (1) BRO B737 [4] JUKI DDL-5550-6** |
|---|---|---|
| | State the term remaining | **4 months** |
| | List the contract number of any government contract | |

**Robeson Sewing Machine Company
PO BOX 306007
Nashville, TN 37230-6000**

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment contract: Inv#22795 - SBI-PR (2) BRO B791** |
|---|---|---|
| | State the term remaining | **5 months** |
| | List the contract number of any government contract | |

**Robeson Sewing Machine Company
PO BOX 306007
Nashville, TN 37230-6000**

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment contract: Inv#22797 - SBI-PR (1)8RO 8430,(2)BRO B842(4)BRO 8791(2)BRO 8737** |
|---|---|---|
| | State the term remaining | **5 months** |
| | List the contract number of any government contract | |

**Robeson Sewing Machine Company
PO BOX 306007
Nashville, TN 37230-6000**

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment contract: Inv#22850 - SBI-PR (2) US 358000N** |
|---|---|---|
| | State the term remaining | **5 months** |
| | List the contract number of any government contract | |

**Robeson Sewing Machine Company
PO BOX 306007
Nashville, TN 37230-6000**

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment contract: Inv#22851 - SBI -PR (6) BRO 8737 [6] BRO 8791** |
|---|---|---|
| | State the term remaining | **5 months** |
| | List the contract number of any government contract | |

**Robeson Sewing Machine Company
PO BOX 306007
Nashville, TN 37230-6000**

Debtor 1   **Short Bark Industries, Inc.**                                    Case number *(if known)*   **17-11502 (KG)**
_____
First Name     Middle Name     Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment contract: Inv#23007 - SBI-PR (4) BRO B791[5)UNION SPECIAL 39500(2) W&G 401-4** | |
|---|---|---|---|
| | State the term remaining | **8 months** | **Robeson Sewing Machine Company** |
| | List the contract number of any government contract | | **PO BOX 306007 Nashville, TN 37230-6000** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment contract: Inv#23013 - SBI-PR (3) W&G 401-4** | |
|---|---|---|---|
| | State the term remaining | **8 months** | **Robeson Sewing Machine Company** |
| | List the contract number of any government contract | | **PO BOX 306007 Nashville, TN 37230-6000** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting agreement** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Slate Solutions, LLC** |
| | List the contract number of any government contract | | **8837 Sandy Crest Ln. Boynton Beach, FL 33473** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Executive employment agreement** | |
|---|---|---|---|
| | State the term remaining | **at will** | **Sonya M. Dockery** |
| | List the contract number of any government contract | | **505 Cooper Hollow Road Tellico Plains, TN 37385** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Executive employment agreement** | |
|---|---|---|---|
| | State the term remaining | **at will** | **Steven Crandall** |
| | List the contract number of any government contract | | **1128 Oxford Hills Dr. Maryville, TN 37803** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **NDA** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Superior Uniform Group 10055 Seminole Blvd. Seminole, FL 33772** |

| Debtor 1 | **Short Bark Industries, Inc.** | | Case number *(if known)* | **17-11502 (KG)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

<span style="background:purple">   </span> **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract  _____

---

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Embroidery machine agreement** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Superior Uniform Group** |
| | List the contract number of any government contract | _____ | **10055 Seminole Blvd.**<br>**Seminole, FL 33772** |

---

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of the real property located at 139 Grand Vista Dr, Vonore, TN 37885 (8,028 sqft) for headquarters** | |
|---|---|---|---|
| | State the term remaining | **30 months** | **Tellico International, Inc.** |
| | List the contract number of any government contract | _____ | **PO BOX 907**<br>**Vonore, TN 37885** |

---

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Agreement** | |
|---|---|---|---|
| | State the term remaining | **7 years** | **Unequal Technologies Company** |
| | List the contract number of any government contract | _____ | **10 LaCrue Ave.**<br>**Glen Mills, PA 19342** |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name    **Short Bark Industries, Inc.** |
| United States Bankruptcy Court for the:    DISTRICT OF DELAWARE |
| Case number (if known)    **17-11502 (KG)** |

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | Check all schedules that apply: |
| 2.1  **EXO SBI, LLC** | **139 Grand Vista Drive Vonore, TN 37885** | | **LSQ Funding Group, L.C.** | ☑ D    **2.5** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2  **Lisa Held Janke** | **139 Grand Vista Drive Vonore, TN 37885** | | **LSQ Funding Group, L.C.** | ☑ D    **2.5** <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Short Bark Industries, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **17-11502 (KG)**

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $10,556,170.00 |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | $36,258,095.00 |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | $40,508,272.00 |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | **Royalty** | $82,835.00 |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | **Short Bark Industries, Inc.** | Case number *(if known)* **17-11502 (KG)** |
|---|---|---|

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See Attachment SFA-1** | | **$7,473,067.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Bederson LLP<br>100 Passaic Ave.<br>Fairfield, NJ 07004<br>Board Member** | **2/27/2017-4/5<br>/2017** | **$18,000.00** | **Board member fee** |
| 4.2. | **GRL Capital Advisors, LLC<br>220 South Orange, Ste. 200<br>Livingston, NJ 07039<br>Board Member** | **2/27/2017-6/1<br>/2017** | **$18,000.00** | **Board member fee** |
| 4.3. | **Indian Creek Investment<br>140 Ganega Trail<br>Vonore, TN 37885<br>Entity owned/controlled by CEO** | **7/22/2016-10/<br>26/2016** | **$99,638.03** | **Debt repayment and one<br>reimbursement of payroll** |
| 4.4. | **James Waldron<br>104 South Short Dr.<br>Edison, NJ 08899<br>Board Member** | **3/2/2017-6/1/<br>2017** | **$18,000.00** | **Board member fee** |
| 4.5. | **Lisa Held Janke<br>139 Grand Vista Dr.<br>Vonore, TN 37885<br>Former CEO** | **11/2/2016-3/2<br>/2017** | **$57,872.81** | **Expense reimbursement and<br>two reimbursements of payrolls** |
| 4.6. | **Lisa Held Janke<br>139 Grand Vista Dr.<br>Vonore, TN 37885<br>Former CEO** | **10/19/2016-2/<br>1/2017** | **$22,444.23** | **Expense reimbursement** |
| 4.7. | **Steven Crandall<br>139 Grand Vista Dr.<br>Vonore, TN 37885<br>CFO and Board Member** | **8/12/2016-7/3<br>/2017** | **$44,919.84** | **Expense reimbursement** |
| 4.8. | **Tellico International<br>PO Box 907<br>Vonore, TN 37885<br>Entity owned/controlled by CEO** | **7/29/2016-3/3<br>0/2017** | **$59,588.00** | **Building rent payments** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Short Bark Industries, Inc.**                    Case number *(if known)*  **17-11502 (KG)**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.9.  **Haviland Law Firm, LLC 314 Whitemarsh Valley Rd. Fort Washington, PA 19034 Shareholder of affiliate/parent company** | **8/12/2016-9/1 2/2016** | **$40,000.00** | **Debt repayment** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Marisleny Ramos-Rodriguez v. Short Bark Industries, Inc 0:16-cv-62173-JAL** | **Wrongful termination** | **US District Court for S.D. Fla. 299 E. Broward Blvd., # 108 Fort Lauderdale, FL 33301** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2.  **Global Cases USA, LLC, et al. v. Short Bark Industries, Inc. 3:13-cv-02180-YY** | **Breach of contract** | **US District Court for D. Or. 1000 SW. 3rd Ave., #740 Portland, OR 97204** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3.  **MMI Textiles, Inc. v. Short Bark Industries, Inc. 1:16-cv-02752** | **Breach of contract** | **US District Court N.D. Ohio 801 W. Superior Ave. Cleveland, OH 44113** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4.  **Southeastern Freight Lines, Inc. v. Short Bark Industries, Inc. V17144P** | **Breach of contract** | **TN  Circuit Court for Monroe County 105 College St., Ste. 3 Madisonville, TN 37354** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.5.  **AGMA Security Services, Corp v. Short Bark Industries, Inc. JCD2017-0072** | **Breach of contract** | **Puerto Rico Superior Court - Ponce 2150 Avenida Santiago De Los Caballeros PO Box 7185 Ponce, PR 00716** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    **Short Bark Industries, Inc.**                                    Case number *(if known)*  **17-11502 (KG)**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.6.  **LSQ Funding Group LC v. Short Bark Industries, Inc.**<br>**6:17-cv-1239-Orl-40DCI** | **Action for placement of receiver** | **US District Court for M.D. Fla.**<br>**401 W. Central Blvd.**<br>**Orlando, FL 32801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7.  **Yahaira Martinez Belen v. Short Bark Industries, Inc.**<br>**uadau15-798cm/16H-2016-00-114C** | **Wrongful Termination** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Mark Iammartino**<br>**55 W. Monroe St., #2350**<br>**Chicago, IL 60603** | **All assets of the Debtor** | **Unknown** |

| | Case title<br>**LSQ Funding Group LC v. Short Bark Indus** | Court name and address<br>**US District Court M.D.** |
|---|---|---|
| | Case number<br>**6:17-cv-1239-Orl-40DCI** | **Fla. - Orlando**<br>**401 W. Central Blvd.** |
| | Date of order or assignment<br>**7/7/2017** | **Orlando, FL 32801** |

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **Short Bark Industries, Inc.** | | Case number *(if known)* | **17-11502 (KG)** |
|---|---|---|---|---|

|  | **Who was paid or who received the transfer? Address** | **If not money, describe any property transferred** | **Dates** | **Total amount or value** |
|---|---|---|---|---|
| 11.1. | **Bielli & Klauder, LLC 1204 N. King St. Wilmington, DE 19801** |  | **7/5/2017** | **$50,000.00** |
|  | **Email or website address dklauder@bk-legal.com** |  |  |  |
|  | **Who made the payment, if not debtor? Unequal, Inc.** |  |  |  |
| 11.2. | **Cedar Croft Consulting Ltd. 245 Park Ave., 39th Fl. New York, NY 10167** |  | **10/17/2017- 7/3/2017** | **$816,821.92** |
|  | **Email or website address** |  |  |  |
|  | **Who made the payment, if not debtor?** |  |  |  |
| 11.3. | **Charles A. Cuprill, PSC 356 Calle Fortaleza San Juan, PR 00901** |  | **2/1/2017-3/1 5/2017** | **$81,446.50** |
|  | **Email or website address** |  |  |  |
|  | **Who made the payment, if not debtor?** |  |  |  |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| **Name of trust or device** | **Describe any property transferred** | **Dates transfers were made** | **Total amount or value** |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

|  | **Who received transfer? Address** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| 13.1. | **Haviland Law Firm, LLC 314 Whitemarsh Valley Rd. Fort Washington, PA 19034** | **Payment from VI Capital to Haviland to settle an amount owed to Debtor by VI Capital and to decrease an amount owed to Haviland by Debtor** | **9/30/2016, 10/7/2016, 10/21/2016** | **$30,000.00** |
|  | **Relationship to debtor Shareholder in affiliate/parent company** |  |  |  |

| Debtor | **Short Bark Industries, Inc.** | Case number *(if known)* **17-11502 (KG)** |
|---|---|---|

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **Sunrise Three Industrial, LTD**<br>**10301 NW. 50th St., Ste. 101**<br>**Fort Lauderdale, FL 33351** | **3/1/2016-1/31/2017** |
| 14.2. | **Prologis**<br>**3890 Pembroke Rd.**<br>**Hollywood, FL 33021** | **5/1/2015-4/30/2016** |
| 14.3. | **Pembroke Commerce Center - II, LTD**<br>**3890 Pembroke Rd.**<br>**Hollywood, FL 33021** | **6/1/2012-4/30/2014** |
| 14.4. | **116 Industry Rd.**<br>**Tellico Plains, TN 37385** | **1/1/2013-12/31/2016** |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Short Bark Industries, Inc.**                                    Case number *(if known)*  **17-11502 (KG)**

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America**<br>**550 W. Main St.**<br>**Knoxville, TN 37902** | XXXX-2044 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/30/2016** | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Superior Uniform Group**<br>**10055 Seminole Blvd.**<br>**Seminole, FL 33772** | **Guanica plant and Florida contractor** | **Fabric, completed goods, and two (2) embroidering machines** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **The Safariland Group**<br>**3120 E. Mission Blvd.**<br>**Ontario, CA 91761** | **Guanica plant** | **Fabric and completed goods** | **Unknown** |

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Short Bark Industries, Inc.** | Case number *(if known)* **17-11502 (KG)** |
|---|---|---|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| **26a.1.**    **Steven Crandall**<br>**139 Grand Vista Dr.**<br>**Vonore, TN 37885** | **1/1/2010-current** |
| **26a.2.**    **Ricardo Rivera**<br>**PSC Summit Building, Ste. 307**<br>**#1738 Amarillo St.**<br>**San Juan, PR 00926** | **2005-current** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

---

| Debtor | Short Bark Industries, Inc. | Case number *(if known)* | **17-11502 (KG)** |
|---|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | Tanner & Co., CPA, PSC<br>1519 Ponce de Leon Ave., Ste. 605<br>San Juan, PR 00909 | **2013-current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Steven Crandall<br>139 Grand Vista Dr.<br>Vonore, TN 37885 | |
| 26c.2. | Ricardo Rivera<br>PSC Summit Building, Ste. 307<br>#1738 Amarillo St.<br>San Juan, PR 00926 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | LSQ Funding Group, L.C.<br>c/o Gary Soles, Esquire<br>Lowndes, Drosdick, Doster, Kantor & Reed<br>215 N. Eola Dr.<br>Orlando, FL 32801 |
| 26d.2. | Young America Capital<br>141 East Boston Post Rd.<br>Mamaroneck, NY 10543 |
| 26d.3. | Seacoast Capital<br>55 Ferncroft Rd., Ste. 110<br>Danvers, MA 01923 |
| 26d.4. | MB Business Capital<br>611 N. River Rd.<br>Rosemont, IL 60018 |
| 26d.5. | Sterling Finance Company<br>2231-D Dawson Rd.<br>Albany, GA 31707 |
| 26d.6. | Veritas Financial Partners<br>Crystal Corporate Center<br>2500 N. Military Trail, Ste. 465<br>Boca Raton, FL 33431 |
| 26d.7. | FirstBank Puerto Rico<br>Grand Boulevard Paseos, Ste. 107<br>San Juan, PR 00926 |
| 26d.8. | Action Capital Corporation<br>230 Peachtree NW., Ste. 1910<br>Atlanta, GA 30303 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Short Bark Industries, Inc.**                                      Case number *(if known)*    **17-11502 (KG)**

| Name and address |
|---|
| 26d.9. | **BB&T**<br>**204 W. Washington Ave.**<br>**Athens, TN 37303** |
| 26d.10. | **Grace Financial Capital Group, Inc.**<br>**1023 Cherry St.**<br>**Philadelphia, PA 19107** |
| 26d.11. | **The Radnor Group, LLC**<br>**Radnor Financial Center**<br>**Wayne, PA 19087** |
| 26d.12. | **Noble Funding**<br>**6501 Congress Ave., Ste. 100**<br>**Boca Raton, FL 33487** |
| 26d.13. | **J&D Financial Corporation**<br>**PO Box 6102050 N**<br>**Miami, FL 33261** |
| 26d.14. | **Prestige Capital**<br>**400  Kelpby St., 14th Fl.**<br>**Fort Lee, NJ 07024** |
| 26d.15. | **First Business Factors**<br>**2400 E. Devon Ave., Ste. 211**<br>**Des Plaines, IL 60018** |
| 26d.16. | **Coral Capital Solutions**<br>**275 Madison Ave., Ste. 2014**<br>**New York, NY 10016** |
| 26d.17. | **Transfac Capital, Inc.**<br>**257 East 200 South, Ste. 350**<br>**Salt Lake City, UT 84111** |
| 26d.18. | **Crossroads Financial, LLC**<br>**6001 Broken Sound Pkwy., NW**<br>**Ste. 620**<br>**Boca Raton, FL 33487** |
| 26d.19. | **The Anderson Group, LLC**<br>**121 West Long Lake Rd., Ste. 320**<br>**Bloomfield Hills, MI 48304** |
| 26d.20. | **Speyside Equity**<br>**1500 Broadway, Ste. 810**<br>**New York, NY 10036** |
| 26d.21. | **Turnspire Capital Partners**<br>**575 Madison Ave., Ste. 1006**<br>**New York, NY 10036** |
| 26d.22. | **RSM US LLP**<br>**80 City Square**<br>**Boston, MA 02129** |
| 26d.23. | **Point Blank Enterprises**<br>**2102 SW Second St.**<br>**Pompano Beach, FL 33069** |
| 26d.24. | **JLL Partners Offices**<br>**450 Lexington Ave., 31st Fl.**<br>**New York, NY 10017** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **Short Bark Industries, Inc.**                    Case number *(if known)*    **17-11502 (KG)**

| Name and address |
| --- |

| 26d.25. | **Cedar Croft Consulting Ltd.**<br>**245 Park Ave., 39th Fl.**<br>**New York, NY 10167** |
| --- | --- |
| 26d.26. | **I Networks Advisors**<br>**225 Ross St.**<br>**Pittsburgh, PA 15219** |
| 26d.27. | **Robert A. Vite**<br>**143 Viburnum Dr.**<br>**Kennett Square, PA 19348** |
| 26d.28. | **Future Force Technologies**<br>**225 Ross St.**<br>**Pittsburgh, PA 15219** |
| 26d.29. | **SSG Advisors, LLC**<br>**300 Barr Harbor Dr.**<br>**Five Tower Bridge, Ste. 420**<br>**Conshohocken, PA 19428** |
| 26d.30. | **Atradius Trade Credit Insurance**<br>**230 Schilling Circle, Ste. 240**<br>**Hunt Valley, MD 21031** |
| 26d.31. | **Barrday Corporation**<br>**75 Moorehead St.**<br>**Cambridge Ontario**<br>**Canada NIT 1S2** |
| 26d.32. | **Superior Uniform Group**<br>**10055 Seminole Blvd.**<br>**Seminole, FL 33772** |
| 26d.33. | **Henry & Wallace**<br>**312 S. Gay St.**<br>**Knoxville, TN 37902** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No

☑  Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| 27.1. | **Tom Hall and Wilfredo Castillo** | **12/31/2016** | **$3,112,336.00** |
| | Name and address of the person who has possession of inventory records | | |
| | **Tom Hall**<br>**139 Grand Vista Dr.**<br>**Vonore, TN 37885** | | |

Debtor    **Short Bark Industries, Inc.**                                    Case number *(if known)*  **17-11502 (KG)**

| | Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|---|
| 27.2. | **Tom Hall and Wilfredo Castillo** | | **12/31/2015** | **$2,523,628.00** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Tom Hall**<br>**139 Grand Vista Dr.**<br>**Vonore, TN 37885** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Phillip Williams** | **139 Grand Vista Dr.**<br>**Vonore, TN 37885** | **CEO and Director** | **n/a** |
| **Anthony Gallo** | **117 4th Ave., Ste. B**<br>**Broomall, PA 19008** | **Chairman of Board of Directors** | **n/a** |
| **EXO SBI, LLC** | **10 LaCru Ave.**<br>**Vonore, TN 37885-0008** | **Shareholder** | **100%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Lisa Held Janke** | **139 Grand Vista Dr.**<br>**Vonore, TN 37885** | **CEO** | **2005-7/4/2017** |
| **Sonya Dockery** | **139 Grand Vista Dr.**<br>**Vonore, TN 37885** | **Director** | **unknown-2/2017** |
| **Steven Crandall** | **139 Grand Vista Dr.**<br>**Vonore, TN 37885** | **Director** | **unknown-2/2017** |
| **Lisa Held Janke** | **139 Grand Vista Dr.**<br>**Vonore, TN 37885** | **Director** | **unknown-2/2017** |

Debtor    **Short Bark Industries, Inc.**                                       Case number (if known)    **17-11502 (KG)**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James Waldron | 104 South Short Dr.<br>Edison, NJ 08899 | Director | 2/2017-7/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ed Bond | 100 Passaic Ave.<br>Fairfield, NJ 07004 | Director | 2/2017-7/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Glenn Langberg | | Director | 2/2017-7/2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Lisa Held Janke<br>139 Grand Vista Dr.<br>Vonore, TN 37885 | $303,041.20 | 7/15/16-7/7/17 | Salary, expense reimbursements, and 2 reimbursements of payrolls |
| | **Relationship to debtor**<br>Former CEO and board member | | | |
| 30.2. | Steven Crandall<br>139 Grand Vista Dr.<br>Vonore, TN 37885 | $174,055.04 | 7/15/2016 - 7/7/2017 | Salary and expense reimbursements |
| | **Relationship to debtor**<br>Former CEO and member of board | | | |
| 30.3. | Sonya Dockery<br>139 Grand Vista Dr.<br>Vonore, TN 37885 | $80,025.86 | 7/15/2016-7/7/2017 | Salary and expense reimbursements |
| | **Relationship to debtor**<br>Prior board member | | | |
| 30.4. | Phillip Williams<br>139 Grand Vista Dr.<br>Vonore, TN 37885 | $72,444.31 | 7/15/2016-4/21/2017 | Salary and expense reimbursements |
| | **Relationship to debtor**<br>Prior CEO | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Short Bark Industries, Inc.**                                    Case number *(if known)*   **17-11502 (KG)**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | | | | Payment of AMEX credit card travel expenses in return for reduction to Indian Creek Invesments LT Note & Debt repayment and one reimbursement of payroll |
| | **Lisa Held Janke**<br>**139 Grand Vista Dr.**<br>**Vonore, TN 37885** | **$124,233.96** | **7/30/2016;**<br>**8/27/2016;**<br>**9/30/2016** | |
| | Relationship to debtor<br>**Prior CEO and board member** | | | |
| 30.6. | **Bederson LLP**<br>**100 Passaic Ave.**<br>**Fairfield, NJ 07004** | **$18,000.00** | **2/27/2017-4/5/2017** | **Board member fee** |
| | Relationship to debtor<br>**Board member** | | | |
| 30.7. | **GRL Capital Advisors, LLC**<br>**220 South Orange, Ste. 200**<br>**Livingston, NJ 07039** | **$18,000.00** | **2/27/2017-6/1/2017** | **Board member fee** |
| | Relationship to debtor<br>**Board member** | | | |
| 30.8. | **James Waldron**<br>**104 South Short Dr.**<br>**Edison, NJ 08899** | **$18,000.00** | **3/2/2017-6/1/2017** | **Board member fee** |
| | Relationship to debtor<br>**Board member** | | | |
| 30.9. | **Tellico International**<br>**PO Box 907**<br>**Vonore, TN 37885** | **$59,588.00** | **7/29/2016-3/30/2017** | **Building rent payments** |
| | Relationship to debtor<br>**Entity owned/controlled by prior CEO** | | | |
| 30.10. | **Haviland Law Firm, LLC**<br>**314 Whitemarsh Valley Rd.**<br>**Fort Washington, PA 19034** | **$70,000.00** | **8/2016-10/2016** | **Debt repayment and credit on loan** |
| | Relationship to debtor<br>**Shareholder of affiliate/parent company** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Short Bark Industries, Inc.**                                    Case number *(if known)*    **17-11502 (KG)**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:** Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 15, 2017**

**/s/ Mark Iammartino**                                    **Mark Iammartino**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Attachment SFA-1

| Name | Amount | Dates | Balance | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| AAA | $ 12,875.01 | 4/13/17 - 6/23/17 | Supplier/Vendor | PO Box 70101 | | San Juan | PR | 00936-810 |
| ADP | $ 18,997.64 | 4/13/17 - 6/29/17 | Services | PO Box 842875 | | Boston | MA | 02284 |
| AEE | $ 50,076.81 | 5/4/17 - 6/29/17 | Services | PO Box 363508 | | San Juan | PR | 00936 |
| Axis Capital, Inc. | $ 8,065.44 | 4/14/17 - 7/5/17 | Secured Debt | 308 N. Locust St., Ste. 100 | | Grand Island | NE | 68801 |
| Barrday Corporation | $ 18,668.54 | 06/28/2017 | Supplier/Vendor | 1450 West Pointe Dr., Unit C | | Charlotte | NC | 28214 |
| Bederson LLP | $ 18,000.00 | 5/4/17 - 6/1/17 | Services | 100 Passaic Ave. | | Fairfield | NJ | 07004 |
| Borinquen Container | $ 9,664.71 | 4/13/17 - 6/15/17 | Supplier/Vendor | PO Box 145170 | | Arecibo | PR | 00614 |
| Cedar Croft Consulting Ltd. | $ 179,205.84 | 4/12/17 - 7/3/17 | Services | 245 Park Ave., 39th Fl. | | New York | NY | 10167 |
| CN Clark Company | $ 7,527.19 | 4/27/17 - 5/11/17 | Supplier/Vendor | PO Box 16785 | | Chapel Hill | NC | 27516 |
| Consolidated Waste Services | $ 17,984.97 | 4/20/17 - 6/8/17 | Services | PO Box 366518 | | San Juan | PR | 00936 |
| CRIM | $ 34,783.55 | 5/18/17 - 7/7/17 | Other - Taxes | PO Box 195387 | | San Juan | PR | 00919-5387 |
| DC Holdings, LLC | $ 25,185.00 | 4/20/17 - 6/29/17 | Services | 146 Dogwood Road | | Leominster | MA | 01453 |
| Diversitex | $ 859,530.29 | 4/11/17 - 6/29/17 | Supplier/Vendor | PO Box 88926 | | Chicago | IL | 60695-1926 |
| FeDex Freight | $ 28,886.40 | 4/13/17 - 6/29/17 | Supplier/Vendor | Dept. Ch, PO Box 10306 | | Palatine | IL | 60055-0306 |
| First Bank | $ 90,008.97 | 4/10/17 - 6/29/17 | Account Transfers to fund Payroll | Grand Blvd. Paseos: Ste 107 | | San Juan | PR | 00926 |
| GRL Capital Advisors, LLC | $ 18,000.00 | 5/4/17 - 6/1/17 | Services | 220 South Orange, Ste. 200 | | Livingston | NJ | 07039 |
| Harwitt Industries | $ 17,000.45 | 4/20/17 - 6/23/17 | Supplier/Vendor | 61 S. Main St. | | Freeport | NY | 11520 |
| Imperial Finance Corp | $ 16,020.68 | 4/25/17 - 6/29/17 | Services | PO Box 9777 | | San Juan | PR | 00908-0777 |
| Infrared Tools LLC | $ 9,900.00 | 4/27/17 - 5/11/17 | Supplier/Vendor | 2147 Priest Dridge Dr., Ste. 9 | | Crofton | MD | 21114 |
| James Waldron | $ 18,000.00 | 5/4/17 - 6/1/17 | Services | 104 South Short Dr. | | South Amboy | NJ | 08899 |
| Lisa Held Janke | $ 12,713.87 | 4/13/17 - 6/29/17 | Other - Expense Reimbursements | 140 Ganega Trail | | Vonore | TN | 37885 |
| LSQ Funding Group, L.C. | $ 4,382,608.21 | 4/11/17 - 7/7/17 | Secured Debt | 2600 Lucian Way, Ste. 100 | | Maitland | FL | 32751 |
| Miami Tees | $ 257,808.60 | 4/12/17 - 6/29/17 | Supplier/Vendor | 5120 N.W. 165 St., Bay #101 | | Miami Gardens | FL | 33014 |
| Miami Thread | $ 18,521.28 | 5/11/17 - 6/29/17 | Supplier/Vendor | 100 Mill Street, PO Box 3166 | | Drexel | NC | 28619 |
| Milliken & Company | $ 488,863.95 | 5/17/17 - 6/29/17 | Supplier/Vendor | PO Box 780715 | | Philadelphia | PA | 19178-0715 |
| Municipio de Guanica | $ 15,336.85 | 04/28/2017 | Other - Taxes | Departmento de Finanzas, PO Box 785 | | Guanica | PR | 00653-0785 |
| Norman Roquette INC | $ 7,549.86 | 4/20/17 - 6/29/17 | Supplier/Vendor | PO Box 912 | | Saint Just | PR | 00978-0912 |
| Old Dominion Freight | $ 89,753.01 | 4/13/17 - 6/29/17 | Supplier/Vendor | PO Box 198475 | | Atlanta | GA | 30384-8475 |
| Peoples Bank of East Tennessee | $ 29,879.04 | 4/13/17 - 6/15/17 | Secured Debt | 4511 Hwy. 411 | | Madisonville | TN | 37354 |
| Pine Belt Processing, Inc. | $ 180,733.46 | 4/13/17 - 6/29/17 | Supplier/Vendor | PO Box 557 | | Taylorsville | MS | 39168 |
| Point Blank Enterprises | $ 25,000.02 | 4/27/17 - 6/29/17 | Other - Royalty Payments | 2102 SW Second St. | | Pompano Beach | FL | 33069 |
| Puerto Rico Industrial Development Co. | $ 44,297.69 | 4/27/17 - 6/29/17 | Other - Rent | PO Box 362350 | | San Juan | PR | 00936-235 |
| Robeson Sewing Machine Company | $ 43,300.00 | 4/20/17 - 6/28/17 | Secured Debt | PO Box 306007 | | Nashville | TN | 37230-60 |
| RR Group PSC | $ 14,151.37 | 4/13/17 - 6/23/17 | Services | PMB 146, #405 Esmeralda Ave. | | Guaynabo | PR | 00969 |
| Slate Solutions | $ 19,298.00 | 4/20/17 - 6/29/17 | Services | 10301 NW 50th St., Ste. 101 | | Sunrise | FL | 33351 |
| SSG Advisors, LLC | $ 40,000.00 | 5/4/17 - 6/1/17 | Services | 300 Barr Harbor Dr. | Five Tower Bridge, Ste. 420 | West Conshohocken | PA | 19428 |
| SSM Industries | $ 107,402.50 | 4/11/17 - 6/14/17 | Supplier/Vendor | 211 Ellis Avenue | | Spring City | TN | 37381 |
| Tellico International | $ 15,000.00 | 4/27/17 - 7/2/17 | Other - Rent | PO Box 907 | | Vonore | TN | 37885 |
| The Cincinnati Insurance Company | $ 6,945.00 | 4/20/17 - 6/15/17 | Services | PO Box 145620 | | Cincinnati | OH | 45250-5620 |
| UPS | $ 20,640.10 | 4/20/17 - 6/29/17 | Services | Lockbox 577 | | Carol Stream | IL | 60132-0577 |
| Velcro USA, Inc. | $ 25,794.00 | 4/20/17 - 6/23/17 | Supplier/Vendor | Attn: Credit Department | 95 Sundial Avenue | Manchester | NH | 03103 |
| Warmkraft, Inc. | $ 105,288.91 | 4/20/17 - 6/29/17 | Services | Taylorsville-Apparel | PO Box 557 | Taylorsville | MS | 39168 |
| YKK | $ 63,800.00 | 4/18/17 - 6/23/17 | Supplier/Vendor | PO BoxX 100181 | | Atlanta | GA | 30384-670 |
| **Total** | 7,473,067.21 | | | | | | | |