# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SHORT BARK INDUSTRIES, INC., *et al.*[1] | Case No. 17-11502 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON SEPTEMBER 11, 2017, AT 11:00 A.M. (ET)

### I. MATTERS GOING FORWARD

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Post-Petition Factoring and Other Financial Accommodations, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Superpriority Claims, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (Filed: 7/17/2017; D.I. 34)

    Objection/Response Deadline: August 11, 2017, at 4:00 p.m. (extended for the Committee until August 16, 2017 at 9:00 a.m.)

    Objections/Responses Received: None

    Related Documents:

    A. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Scheduling a Final Hearing, and (III) Granting Related Relief (Filed: 7/11/2017; D.I. 9)

    B. Debtors' Supplement to Motion for Entry of Interim and Final Orders (I) Authorizing the Use of Cash Collateral, (II) Scheduling a Final Hearing, and (III) Granting Related Relief (Re: D.I. 14) (Filed: 7/12/2017; D.I. 14)

    C. Corrected Emergency Interim Order (I) Authorizing Debtors to Obtain Secured Postpetition Factoring and Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 And 364, (II) Granting Liens, Security Interests and Superpriority Claim, (IV) Authorizing Use of Cash Collateral by the Debtor and Providing for Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Further Interim Hearing, and (VII) Granting Related Relief (Filed: 7/13/2017; D.I. 23)

---

[1] The Debtors in these cases, in which joint administration is requested, are Short Bark Industries, Inc. (Tax ID: 5657) and EXO SBI, LLC (Tax ID: 0695).

D.  Notice of Filing of Exhibits A and B to the Debtors' Motion for Entry of Interim and Final orders (I) Authorizing Debtors to Obtain Post-Petition Factoring and Other Financial Accommodations, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Superpriority Claims, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (Filed: 7/18/2017; D.I. 39)

E.  Second Interim Order (I) Authorizing Debtors to Obtain Secured Postpetition Factoring (II) Granting Liens, Security Interests and Superpriority Claim (IV) Authorizing Use of Cash Collateral by the Debtor and Providing for Adequate Protection (V) Modifying the Automatic Stay (VI) Scheduling a Final Hearing and (VII) Granting Related Relief (Filed: 7/19/2017; D.I. 53)

F.  Third Interim Order (I) Authorizing Debtors to Obtain Secured Postpetition Factoring Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364, (II) Granting Liens, Security Interests and Superpriority Claim, (IV) Authorizing Use of Cash Collateral by the Debtor and Providing for Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Further Interim Hearing, and (VII) Granting Related Relief (Filed: 7/31/2017; D.I. 91)

G.  Notice of Entry of Third Interim Order (I) Authorizing Debtors to Obtain Secured Postpetition Factoring Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364, (II) Granting Liens, Security Interests and Superpriority Claim, (IV) Authorizing Use of Cash Collateral by the Debtor and Providing for Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Further Interim Hearing, and (VII) Granting Related Relief (Filed: 7/31/2017; D.I. 92)

H.  Fourth Interim Order (I) Authorizing Debtors to Obtain Secured Postpetition Factoring Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364, (II) Granting Liens, Security Interests and Superpriority Claim, (IV) Authorizing Use of Cash Collateral by the Debtor and Providing for Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Further Interim Hearing, and (VII) Granting Related Relief (Filed: 7/31/2017; D.I. 156)

I.  Notice of Entry of Fourth Interim Order (I) Authorizing Debtors to Obtain Secured Postpetition Factoring Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364, (II) Granting Liens, Security Interests and Superpriority Claim, (IV) Authorizing Use of Cash Collateral by the Debtor and Providing for Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Further Interim Hearing, and (VII) Granting Related Relief and (B) Interim Hearing (Filed: 7/31/2017; D.I. 155)

J.  Fifth Interim Order (I) Authorizing Debtors to Obtain Secured Postpetition Factoring Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364, (II) Granting Liens, Security Interests and Superpriority Claim, (IV) Authorizing Use of Cash Collateral by the Debtor and Providing for Adequate Protection, (V) Modifying

       the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief (Filed: 8/24/2017; D.I. 173)

    K. Notice of (A) Entry of Fifth Interim Order (I) Authorizing Debtors to Obtain Secured Postpetition Factoring Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364, (II) Granting Liens, Security Interests and Superpriority Claim, (IV) Authorizing Use of Cash Collateral by the Debtor and Providing for Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief and (B) Final Hearing (Filed: 8/24/2017; D.I. 178)

Status: This matter is going forward. In conjunction with item #2 below, the Debtors will seek approval of a final order approving the DIP factoring.

2. Movants' Joint Supplemental Motion (I) Authorizing Debtors to Obtain Post-Petition Factoring and Other Financial Accommodations, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Superpriority Claims, (IV) Granting Related Relief, and (V) Seeking Approval of Compromises Related to Financing and Sale Motions (Filed: 8/22/2017; D.I. 162)

Objection/Response Deadline: September 5, 2017, at 4:00 p.m.

Objections/Responses Received:

    A. Objection of Diversitex, Inc. to Movants' Joint Supplemental Motion (i) Authorizing Debtors to Obtain Post-Petition Factoring and Other Financial Accommodations, (ii) Authorizing the Use of Cash Collateral, (iii) Granting Liens and Superpriority Claims, (iv) Granting Related Relief, and (v) Seeking Approval of Compromises Related to Financing and Sale Motions (Filed: 9/5/2017; D.I. 195)

    B. United States Trustee's Objection to Debtors' and the Official Committee of Unsecured Creditors' Joint Supplemental Motion (i) Authorizing Debtors to Obtain Post-Petition Factoring and Other Financial Accommodations, (ii) Authorizing the Use of Cash Collateral, (iii) Granting Liens and Superpriority Claims, (iv) Granting Related Relief, and (v) Seeking Approval of Compromises Related to Financing and Sale Motions (Filed: 9/5/2017; D.I. 196)

Related Documents:

    C. [Proposed] Order Granting Movants' Joint Supplemental Motion (I) Authorizing Debtors to Obtain Post-Petition Factoring and Other Financial Accommodations, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Superpriority Claims, (IV) Granting Related Relief, and (V) Seeking

Approval of Compromises Related to Financing and Sale Motions (Filed: 8/22/2017; D.I. 162-1)

D. Motion for Order Shortening Time Period for Notice Under Fed, R. Bankr. P. 9006(e) and Local Rule 9006-1(e) and Limiting Notice on Movants' Joint Supplemental Motion (I) Authorizing Debtors to Obtain Post-Petition Factoring and Other Financial Accommodations, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Superpriority Claims, (IV) Granting Related Relief, and (V) Seeking Approval of Compromises Related to Financing and Sale Motions (Filed: 8/22/2017; D.I. 163)

E. Order Shortening Time Period for Notice Under Fed, R. Bankr. P. 9006(e) and Local Rule 9006-1(e) and Limiting Notice on Movants' Joint Supplemental Motion (I) Authorizing Debtors to Obtain Post-Petition Factoring and Other Financial Accommodations, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Superpriority Claims, (IV) Granting Related Relief, and (V) Seeking Approval of Compromises Related to Financing and Sale Motions (Filed: 8/23/2017; D.I. 164)

F. Notice of (A) Entry of Order Shortening Time Period for Notice Under Fed, R. Bankr. P. 9006(e) and Local Rule 9006-1(e) and Limiting Notice on Movants' Joint Supplemental Motion (I) Authorizing Debtors to Obtain Post-Petition Factoring and Other Financial Accommodations, (II) Authorizing the Use of Cash Collateral, (III) Granting Liens and Superpriority Claims, (IV) Granting Related Relief, and (V) Seeking Approval of Compromises Related to Financing and Sale Motions and (B) Final Hearing (Filed: 8/23/2017; D.I. 167)

Status: This matter is going forward on a contested basis.

**BIELLI & KLAUDER, LLC**

Dated: September 7, 2017  
Wilmington, Delaware

*/s/ Cory P. Stephenson*  
David M. Klauder (No. 5769)  
Nella M. Bloom (No. 5430)  
Cory P. Stephenson (No. 6097)  
1204 N. King Street  
Wilmington, DE 19801  
Phone: (302) 803-4600  
Fax: (302) 397-2557  
dklauder@bk-legal.com  
nbloom@bk-legal.com  
cstephenson@bk-legal.com

*Counsel for the Debtors*