**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SHORT BARK INDUSTRIES, INC., *et al.*[1] | Case No. 17-11502 (KG) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 19, 2017, AT 1:30 P.M. (ET)**

I. **MATTER WITH CERTIFICATE OF NO OBJECTION**

1. Motion of the Debtors for Entry of an Interim Order and Final Order Authorizing the Debtors to Maintain Existing Insurance Policies and to Enter into Insurance Premium Financing Agreement (Filed: 8/21/2017; D.I. 157)

    Objection/Response Deadline: September 12, 2017, at 4:00 p.m.

    Objections/Responses Received: None

    Related Documents:

    A. Motion to Shorten Notice with Respect to Motion of the Debtors for Entry of an Interim Order and Final Order Authorizing the Debtors to Maintain Existing Insurance Policies and to Enter into Insurance Premium Financing Agreement (Filed: 8/21/2017; D.I. 158)

    B. Order Shortening Notice with Respect to Motion of the Debtors for Entry of an Interim Order and Final Order Authorizing the Debtors to Maintain Existing Insurance Policies and to Enter into Insurance Premium Financing Agreement (Filed: 8/23/2017; D.I. 160)

    C. Interim Order Granting Motion of the Debtors for Entry of an Interim Order and Final Order Authorizing the Debtors to Maintain Existing Insurance Policies and to Enter into Insurance Premium Financing Agreement (Filed: 8/24/2017; D.I. 175)

    D. Notice of Interim Order Granting Motion of the Debtors for Entry of an Interim Order and Final Order Authorizing the Debtors to Maintain Existing Insurance

---

[1] The Debtors in these cases, in which joint administration is requested, are Short Bark Industries, Inc. (Tax ID: 5657) and EXO SBI, LLC (Tax ID: 0695).

        Policies and to Enter into Insurance Premium Financing Agreement (Filed: 8/24/2017; D.I. 177)

    E. Certificate of No Objection for the Motion of the Debtors for Entry of an Interim Order and Final Order Authorizing the Debtors to Maintain Existing Insurance Policies and to Enter into Insurance Premium Financing Agreement (Filed: 9/14/2017; D.I. 211)

Status: A Certificate of No Objection [D.I. 211] has been filed. The Court may enter the Orders granting the Motion at its convenience.

## II. MATTERS GOING FORWARD

2. Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures and Auction and (B) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Encumbrances and Other Interests, (III) Authorizing the Assumption of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief (Filed: 7/20/2017; D.I. 55)

Objection/Response Deadline: September 12, 2017, at 4:00 p.m. (extended to September 14, 2017, at 4:00 p.m. with respect to the Official Committee of Unsecured Creditors)

Sale Objections/Responses Received:

    A. United States' Limited Objection to Debtors' Sale of Substantially All of its Assets and Proposed Assumption and Assignment of Certain Executory Contracts (Filed: 9/12/2017; D.I. 206)

    B. Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors Proposed Sale (Filed: 9/14/2017; D.I. 212)

Bid Procedures Objections/Responses Received:

    C. Limited Objection and Reservation of Rights of the United States Trustee to the Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures and Auction and (B) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Encumbrances and Other Interests, (III) Authorizing the Assumption of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief (Filed: 7/26/2017; D.I. 74)

    D. Limited Objection and Reservation of Rights to the Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures and Auction and (B) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing the

Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Encumbrances and Other Interests, (III) Authorizing the Assumption of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief (Docket No. 55) (Filed: 7/27/2017; D.I. 77)

E. Creditor Global Enterprises Co., Ltd.'s Objection to the Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures and Auction and (B) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Encumbrances and Other Interests, (III) Authorizing the Assumption of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief (Filed: 7/27/2017; D.I. 78)

F. Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Proposed Bid Procedures (Filed: 7/27/2017; D.I. 79)

G. Limited Objection and Reservation of Rights of Diversitex, Inc. to the Motion of Debtors for Entry of Orders (I) Approving Bidding Procedures and Auction, (II) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Encumbrances and Other Interests, (III) Authorizing the Assumption of Executory Contracts and Unexpired Leases [D.I. 55] (Filed: 7/27/2017; D.I. 80)

Related Documents:

H. Motion to Shorten Notice with Respect to Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures and Auction and (B) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Encumbrances and Other Interests, (III) Authorizing the Assumption of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief (Filed: 7/20/2017; D.I. 57)

I. Order Approving Motion to Shorten Notice with Respect to Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures and Auction and (B) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Other Encumbrances and Other Interests, (III) Authorizing the Assumption of Executory Contracts and Unexpired Leases and (IV) Granting Related Relief (Filed: 7/21/2017; D.I. 59)

J. Certification of Counsel Regarding Order: (A) Approving Bidding Procedures in Connection with the Sale of Substantially All Assets of the Debtors (B) Scheduling an Auction and Hearing to Consider the Sale of Assets and (C) Approving the Form and Manner of Notice Thereof (Filed: 8/2/2017; D.I. 94)

    K. Order: (A) Approving Bidding Procedures in Connection with the Sale of Substantially All Assets of the Debtors (B) Scheduling an Auction and Hearing to Consider the Sale of Assets and (c) Approving the Form and Manner of Notice Thereof (Filed: 8/2/2017; D.I. 96)

    L. Notice of Auction and Sale Hearing (Filed: 8/4/2017; D.I.106)

    M. Notice of Order (I) Approving the Asset Purchase Agreement Between the Debtors and the Stalking Horse Buyer; (II) Approving bidding Protections and Procedures as Required by the Stalking Horse Buyer; and (III) Granting Related Relief (Filed: 9/1/2017; D.I. 190)

    N. Notice of Potential Assumption and Assignment and Cure Amounts (Filed: 9/1/2017; D.I. 191)

Status: The sale hearing on this matter is going forward.

3. Debtors Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim; (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date; (III) Approving the Form of and Manner for Filing Proofs of Claim; (IV) Approving Notice of Bar Dates; and (V) Granting Related Relief (Filed: 8/29/2017; D.I. 183)

Objection/Response Deadline: September 12, 2017, at 4:00 p.m.

Objections/Responses Received:

    A. Informal Comments from the United States Trustee

Related Documents:

    B. [Proposed] Order (I) Setting Bar Dates for Filing Proofs of Claim; (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date; (III) Approving the Form of and Manner for Filing Proofs of Claim; (IV) Approving Notice of Bar Dates; and (V) Granting Related Relief (Filed: 8/29/2017; D.I. 183-1)

Status: The United States Trustee and the Debtor have agreed on revisions to the Proposed Order and a revised proposed Order will be presented at the hearing. This matter is going forward.

|  |  |
|---|---|
|  | **BIELLI & KLAUDER, LLC** |
| Dated: September 15, 2017<br>Wilmington, Delaware | */s/ Cory P. Stephenson*<br>David M. Klauder (No. 5769)<br>Nella M. Bloom (No. 5430)<br>Cory P. Stephenson (No. 6097)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 803-4600<br>Fax: (302) 397-2557<br>dklauder@bk-legal.com<br>nbloom@bk-legal.com<br>cstephenson@bk-legal.com<br><br>*Counsel for the Debtors* |