IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SHORT BARK INDUSTRIES. INC, *et al.*,[1] | Case No. 17-11502 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF SUCCESSFUL BIDDER AND BACKUP BIDDER

**PLEASE TAKE NOTICE** that pursuant to the *Order (A) Approving Bidding Procedures in Connection with the Sale of Substantially all Assets of the Debtors; (B) Scheduling an Auction and Hearing to Consider the Sale of Assets; and (III) Approving the Form and Manner of Notice Thereof* [D.I. 96] (the "Bidding Procedures Order") the Auction occurred on September 18, 2017[2].

**PLEASE TAKE FURTHER NOTICE** that JLL PB Holdings, LLC was designated the Successful Bidder at the Auction.

**PLEASE TAKE FURTHER NOTICE** that Holliston Holdings, LLC was designated the Backup Bidder at the Auction.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these jointly administered cases are Short Bark Industries, Inc. (Tax ID: 66-0655657) and EXO SBI, LLC (Tax ID: 46-5210695).

[2] Capitalized terms used herein but otherwise not defined shall have the meaning ascribed to such term in the Bidding Procedures Order

| | |
|---|---|
| Dated: September 18, 2017<br>Wilmington, Delaware | **BIELLI & KLAUDER, LLC**<br><br>*/s/ David M. Klauder*<br>David M. Klauder (No. 5769)<br>Nella M. Bloom (No. 5430)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 803-4600<br>Fax: (302) 397-2557<br>Email: dklauder@bk-legal.com<br>Email: nbloom@bk-legal.com<br><br>*Counsel to the Debtors*<br>*and Debtors-In-Possession* |