# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SHORT BARK INDUSTRIES. INC, *et al.*,[1] | Case No. 17-11502 (KG) |
| Debtors. | Jointly Administered |

## NOTICE OF REVISED ASSET PURCHASE AGREEMENT

**PLEASE TAKE NOTICE** that attached is the *Revised Asset Purchase Agreement*, indicating the successful bidder to be JLL PB Holdings, LLC. The Clean Version is attached as Exhibit 1. The Redlined Version is attached as Exhibit 2.

Dated: September 19, 2017
Wilmington, Delaware

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
Nella M. Bloom (No. 5430)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com
Email: nbloom@bk-legal.com

*Counsel to the Debtors
and Debtors-In-Possession*

---

[1] The Debtors in these jointly administered cases are Short Bark Industries, Inc. (Tax ID: 66-0655657) and EXO SBI, LLC (Tax ID: 46-5210695).