# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SHORT BARK INDUSTRIES, INC.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 17-11502 (KG) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Morgan, Lewis & Bockius LLP hereby appears on behalf of Point Blank Protective Apparel and Uniforms, LLC ("Point Blank"), and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, hereby requests that all notices given or required in these cases, and all documents, and all other papers served in these cases, be given to and served upon:

> Andrew J. Gallo, Esq.
> MORGAN, LEWIS & BOCKIUS LLP
> One Federal Street
> Boston, MA 02110-1726
> Tel: (617) 341-7700
> Email: andrew.gallo@morganlewis.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

---

[1] The Debtors in these jointly administered cases, along with the last four digits of each Debtor's federal tax ID number, are Short Bark Industries, Inc. (5657) and EXO SBI, LLC (0695).

DB1/ 110732162.2

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after <u>de novo</u> review by a district judge, (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy or proceeding related to this case, (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Point Blank, in any capacity, is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: January 3, 2020

**MORGAN, LEWIS & BOCKIUS LLP**
Attorneys for Point Blank Protective
Apparel and Uniforms, LLC

By: */s/ Jody C. Barillare*
Jody C. Barillare (#5107)
1007 N. Orange Street, Suite 501
Wilmington, Delaware 19801
Telephone: (302) 574-7294
Email: jody.barillare@morganlewis.com

And

Andrew J. Gallo, Esq.
One Federal Street
Boston, MA 02110-1726
Tel: (617) 341-7700
Email: andrew.gallo@morganlewis.com